Jonathan H. Lamb
Lamb & Turner, PLLC
Texas Bar No. 11837300
3355 W. Alabama Street, Suite 1140
Houston, TX 77098
info@lambimmigration.com

## UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| **SOLIS-DWIKAT, Martha Leticia**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br><br>**MARKWAYNE MULLIN, SECRETARY OF DEPARTMENT OF U.S. HOMELAND SECURITY (DHS);**<br><br>**NICHOLAS J. GANJEL, U.S. ATTORNEY OF SOUTHERN DISTRICT COURT OF TEXAS;**<br><br>**JOSEPH EDLOW, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS);**<br><br>**JERRY "SCOTT" AMMONS, DIRECTOR OF THE HOUSTON FIELD OFFICE USCIS;**<br><br>**CONNIE NOLAN, ASSOCIATE DIRECTOR, SERVICE CENTER OPERATIONS DIRECTORATE;**<br><br><br>Defendants. | **CASE NO:    4:26-cv-2420**<br><br>**PLAINTIFF'S COMPLAINT FOR INJUNCTIVE AND MANDAMUS RELIEF**<br><br><br>Agency Doc. No. |

## INTRODUCTION

1. Plaintiff, Martha Leticia Solis-Dwikat, (hereinafter "Petitioner"), brings this mandamus action seeking an order compelling the Defendants to provide Petitioner with a complete adjudication in connection with her pending I-130, Petition for Alien Relative. **Exhibit A.**

2. Petitioner is a 43-year-old citizen of the United States, who was born in Houston, TX, on February 7, 1982. **Exhibit B.**

3. Petitioner married Mahmoud Abdel Hakeem Dwikat (hereinafter "Beneficiary") on January 16, 2020. **Exhibit C.**

4. Beneficiary is a 35-year-old citizen and native of the Occupied Palestinian Territories, who entered the United States on October 21, 2015, with a B-2 visitor visa. **Exhibits D.**

5. Beneficiary was placed in removal proceedings before the Executive Office of Immigration Review (EOIR) on March 2, 2017, and is scheduled for an Individual Calendar Hearing on March 11, 2027. **Exhibit E and F.**

6. On February 27, 2020, Petitioner and Beneficiary filed a bona fide I-130, Petition for Alien Relative with USCIS with receipt number IOE0908564290. **Exhibit G and H.**

7. Overall, Petitioner and Beneficiary have been waiting for the adjudication of their petition for over five years. This long wait has created severe stress and anxiety due to the uncertainty of not knowing when USCIS will adjudicate their petition. **Exhibit I.**

8. USCIS's refusal to timely adjudicate Petitioner's petition is a violation of its mandatory duty under the Immigration and Nationality Act and the Administrative Procedure Act.

## JURISDICTION AND VENUE

9. This action arises under the United States Constitution, the Immigration and Nationality Act of 1952, 8 U.S.C. § 1101 et seq. ("INA"), as amended by the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214, and the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. No. 104-208, 110 Stat. 1570.

10. This Court has jurisdiction over this petition for a Writ of Mandamus under 28 U.S.C. § 1331, 28 U.S.C. § 2201, the Administrative Procedures Act (APA), 5 U.S.C. §§ 555(b), 701 et. Seq., 701(a)(2), 706(1), and the Mandamus Act, 28 U.S.C.§ 1361.

11. Venue is proper in the Southern District of Texas 28 U.S.C. §§ 1391(b)(2) and (e) in Houston Division, as the Petitioner resides in Fort Bend County. Petitioner seeks the adjudication of her I-130 Petition for Alien Relative pursuant to 8 U.S.C. § 1154(a) in Houston, Texas.

12. Venue is also proper in this District under 28 U.S.C. § 1391(e) because substantial part of the events and omissions giving rise to the claim occurred in this district, and because Defendants operate within this district.

## PARTIES

13. Petitioner, Martha Leticia Solid-Dwikat, is a citizen of the United States who currently resides in Katy, Texas with her husband, Mahmoud Abdel Hakeem Dwikat, the Beneficiary. On February 27, 2020, Petitioner filed a Petition for Alien Relative. Petitioner and Beneficiary have been waiting for USCIS to provide adjudication on the Petition for over five years after submitting the I-130.

14. Defendant Kristi Noem is sued in her official capacity as the Secretary of the U.S. Department of Homeland Security. In this capacity, she is responsible for the administration and enforcement of the immigration laws pursuant to 8 U.S.C. § 1103.

15. Defendant Nicholas J. Ganjei is sued in his official capacity as the U.S. Attorney of the Southern District Court of Texas. In this capacity, he is responsible for the administration and enforcement of the immigration laws pursuant to 8 U.S.C. § 1104(a)(b).

16. Defendant Joseph B. Edlow is sued in his official capacity as the Director of the United States Citizenship and Immigration Services in the Department of Homeland Security. In this capacity, he is responsible for the administration and enforcement of the immigration laws pursuant to 8 U.S.C. § 1104(a)(b).

17. Defendant Connie Nolan is sued in her official capacity as the Associate Director of the Service Center Operations Directorate. In this capacity, she is responsible for the administration and enforcement of the immigration laws pursuant to 8 U.S.C. § 1103(a), and the authorities delegated to her by the Secretary of Homeland Security and the Director of U.S. Citizenship and Immigration Services (USCIS).

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

18. No exhaustion of remedy requirement applies to the Petitioner's complaint. Nonetheless, Petitioner has made attempts to inquire as to the status of her I-130, Petition for Alien Relative.

19. On June 17, 2022, inquiry T1S1682202842YSC was filed with USCIS, to which they responded on October 12, 2022, with, "Your petition is still pending consideration. USCIS records show your case is in line to be reviewed by an officer." **Exhibit J.**

20. On February 15, 2023, inquiry SR10462302253YSC was filed with USCIS, to which they responded on May 25, 2023, saying, "Our service records show that your application was transferred to your local field office and is current pending review." **Exhibit K.**

3

21. On September 18, 2023, a third inquiry WKD2612308216YSC was filed with USCIS, to which they responded on September 21, 2023, with, "Due to workload factors not related to your application, USCIS anticipates a delay in completing your case." **Exhibit L.**

22. On December 4, 2023, a final inquiry, SR13382304593HOU, was filed and it was responded to on December 6, 2023, where USCIS said, "We have investigated this case and checked all our systems and a decision has not been made at this time and is still under review or still in process." **Exhibit M.**

## FACTUAL ALLEGATIONS

23. Petitioner filed her Form I-130, Petition for Alien Relative, on February 27, 2020.

24. Petitioner has been waiting for the adjudication of her petition with USCIS for over five years.

25. Petitioner has made numerous good faith efforts to prompt adjudication of the Form I-130, Petition for Alien Relative. She submitted multiple online inquiries with USCIS. Despite these persistent efforts, USCIS has failed to take any meaningful action or provide any substantive response. These repeated attempts demonstrate that Petitioner has exhausted all available administrative remedies. Accordingly, mandamus relief is warranted to compel USCIS to perform its non-discretionary duty to adjudicate the petition.

26. Beneficiary is unable and unwilling to return to his home country of Palestine due to his marriage to Petitioner here in the United States.

27. Petitioner has been under the care of a licensed psychologist due to the emotional and psychological distress caused by the prolonged delay in the adjudication of the Form I-130 petition. The uncertainty surrounding their future has taken a significant toll on their mental and emotional well-being. **Exhibit A.**

28. Additionally, Beneficiary has a pending court hearing before the Houston Immigration Court. An adjudication of this petition is necessary for him to proceed with the adjustment of status process in immigration court. Without a decision on the I-130, the Immigration Judge may compel him to proceed without the necessary basis for relief, which could result in an order of removal. Prompt adjudication is therefore critical to preserving Beneficiary's ability to lawfully remain in the United States with his U.S. citizen spouse. **Exhibit E and F.**

## CLAIMS FOR RELIEF

29. Petitioner re-alleges and incorporates by reference paragraphs above as though set forth here.

30. Petitioner has no other adequate remedy available to her to compel Defendants to provide adjudication for the petition.

4

31. Pursuant to 5 U.S.C. § 706(1)(A), a reviewing court shall "compel agency action unlawfully withheld or unreasonably delayed."

32. The Mandamus statute permits a court to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the Petitioner see 28 U.S.C. § 1361.

33. Defendants owe to Petitioner the duty to act on her petition.

34. Defendants have failed to exercise this duty.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner respectfully requests that this Court:

35. Assume jurisdiction over this action;

36. Issue a Writ of Mandamus compelling Defendants to provide adjudication results for Petitioner's I-130, Petition for Alien Relative on or before January 17, 2026, or find that the adjudication of Petitioner's petition has been inordinately delayed.

37. Award Petitioner reasonable costs and attorney's fees; and

38. Award such further relief as the Court deems just and proper.

Respectfully submitted,


Dated: March 18, 2026


Attorney for Petitioner


Jonathan H. Lamb
Lamb & Turner, PLLC
Texas Bar No. 11837300
3355 W. Alabama Street, Suite 1140
Houston, TX 77098
(713)-529-5025 (Tel)
(832)-602-2640 (Fax)
info@lambimmigration.com

5

## LIST OF EXHIBITS

**Exhibit A**
- Petitioner's Signed Personal Statement.

**Exhibit B**
- Petitioner's U.S. Birth Certificate.

**Exhibit C**
- Marriage Certificate for Petitioner and Beneficiary.

**Exhibit D**
- Beneficiary's Birth Certificate with English translation.
- Beneficiary's Palestinian Passport.
- Beneficiary's B2 Visitor Visa.
- Beneficiary's I-94.

**Exhibit E**
- Beneficiary's Notice to Appear.

**Exhibit F**
- Automated Case Information System Demonstrating Future Court Hearing Date.

**Exhibit G**
- Petition for Alien Relative, Form I-130, receipt notice for Petitioner on behalf of Beneficiary.

**Exhibit H**
- Complete photocopy of submitted Petition for Alien Relative, Form I-130, application filed with USCIS.

**Exhibit I**
- Medical letter for Petitioner.

**Exhibit J**
- USCIS inquiry dated June 17, 2022.

**Exhibit K**
- USCIS inquiry dated February 15, 2023.

**Exhibit L**
- USCIS inquiry dated September 18, 2023.

**Exhibit M**
- USCIS inquiry dated December 4, 2023.

# EXHIBIT A

My name is Martha Leticia Solis Dwikat. I am a U.S. citizen born in Houston, TX, USA, on February 7, 1982. I reside at 5406 Bear Hunters Drive, Katy, TX 77449, with my husband, Mahmoud Abdel Hakeem Dwikat, and my son, Andrew.

Mahmoud and I met in 2017 and have been together for 8 years. We officially got married on January 16, 2020. On February 27, 2020, we filed a Petition for Alien Relative, Form I-130, receipt number IOE0908564290, with the U.S. Citizenship and Immigration Services (USCIS) Nebraska Service Center. This petition has been pending for over five years with no adjudication despite the many inquiries that have been submitted and it falling outside of processing times.

On June 17, 2022, inquiry T1S1682202842YSC was filed with USCIS, to which they responded on October 12, 2022, with, "Your petition is still pending consideration. USCIS records show your case is in line to be reviewed by an officer." On February 15, 2023, inquiry SR10462302253YSC was filed with USCIS, to which they responded on May 25, 2023, saying, "Our service records show that your application was transferred to your local field office and is current pending review." On September 18, 2023, a third inquiry WKD2612308216YSC was filed with USCIS, to which they responded on September 21, 2023, with, "Due to workload factors not related to your application, USCIS anticipates a delay in completing your case." Our final inquiry, SR13382304593HOU, was filed on December 4, 2023, and it was responded to on December 6, 2023, where USCIS said, "We have investigated this case and checked all our systems and a decision has not been made at this time and is still under review or still in process."

Mahmoud was placed in removal proceedings on March 2, 2017, and is scheduled for an individual calendar hearing on March 11, 2027, with the immigration court. Now, five years after marriage and filing the I-130 petition, I find myself overwhelmed with the inaction of USCIS and seek resolution through these means.

Every day, I find it impossible to manage the stress associated with the uncertainty surrounding this matter. Since the beginning of the process, I have gained around 60 lbs that I know have been stress related. I have been on Semiglutide injectable medication to manage my weight, as well as Metoprolol for high blood pressure. I have a hard time sleeping as well. I find myself tossing and turning all night long and not being able to switch off my brain. I constantly worry about our livelihood and Mahmoud's safety. The unknown and what ifs keep me up at night, making my day-to-day life unbearable after a restless night. I was prescribed medication

for sleeping called Trazodone. While this has helped me gain more restful sleep, the moment I am awake, my mind races with thoughts and worries. But perhaps the way in which I have been most affected has been my mental and psychological health. Not knowing what will happen worries me day and night. Naturally, I began to experience depression and anxiety because of this. I have tried everything within my power to alleviate these conditions such as seeking therapy, but it was not until I was prescribed a combination of two medications that I was able to get a handle on my depression and anxiety. The medications I take now are the generic brand for Lexapro and Wellbutrin.

I know that, should my petition move forward as it should have been, a lot of these conditions may have been avoided. I would still worry daily about my family and Mahmoud, but I know that this uncertainty and lack of response is only aggravating an already stressful situation as is navigating the field of lawful residency. Thus, I am seeking this mandamus as a last resort for the lack of movement and response I have faced with USCIS so far.

_____
Martha Leticia Solis Dwikat

03/17/2026
Date

# EXHIBIT B

STATE OF TEXAS

**CERTIFICATE OF BIRTH**

BIRTH NO

Texas Department of Health — BUREAU OF VITAL STATISTICS

**CHILD**

| 1. NAME [Type or print] | [a] First | [b] Middle | [c] Last | 2. DATE OF BIRTH |
|---|---|---|---|---|
| | MARTHA | LETICIA | SOLIS | FEBRUARY 7, 1982 |

| 3. SEX | 4a. PLACE OF BIRTH — COUNTY | 4b. CITY OR TOWN [If outside city limits, give precinct no.] | | |
|---|---|---|---|---|
| FEMALE | HARRIS | HOUSTON | | |

| 4c. NAME OF HOSPITAL [If not in hospital, give street address] | 4d. INSIDE CITY LIMITS? | 5a. THIS BIRTH-SINGLE, TWIN, TRIPLET, ETC. [Specify] | 5b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st, 2nd, 3rd [Specify] |
|---|---|---|---|
| JEFFERSON DAVIS HOSPITAL | YES | SINGLE | |

**FATHER**

| 6. NAME | [a] First | [b] Middle | [c] Last |
|---|---|---|---|
| | | | |

| 7. RACE | 8a. IS FATHER OF SPANISH ORIGIN? | | 8b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC |
|---|---|---|---|
| | | | |

| 9. AGE [At time of this birth] | 10. BIRTHPLACE [State or foreign country] | 11a. USUAL OCCUPATION | 11b. KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|
| | | | |

**MOTHER**

| 12. MAIDEN NAME | [a] First | [b] Middle | [c] Last |
|---|---|---|---|
| | ANA | MARIA | SOLIS |

| 13. RACE | 14a. IS MOTHER OF SPANISH ORIGIN? | 14b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC. |
|---|---|---|
| CAUCASIAN | YES | SALVADORIAN |

| 15. AGE [At time of this birth] | 16. BIRTHPLACE [State or foreign country] | 17a. USUAL OCCUPATION | 17b. KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|
| 29 | EL SALVADOR CEN. AMER. | HOMEMAKER | HOME |

| 18a. RESIDENCE — STATE | 18b. COUNTY | 18c. CITY OR TOWN [If outside city limits, show rural] | ZIP CODE | 18d. STREET ADDRESS [If rural, give location] | 18e. INSIDE CITY LIMITS? |
|---|---|---|---|---|---|
| TEXAS | HARRIS | HOUSTON | 77022 | 8217 FULTON# 32 | YES |

| 19. Children previously born to this mother [Do NOT include this birth] | a. How many other children are now living? | b. How many other children were born alive but are now dead? | c. How many children were born dead after 20 weeks pregnancy? | 20. INFORMANT |
|---|---|---|---|---|
| | 0 | 0 | 0 | X Ana Maria Solis |

| 21. I hereby certify that this child was born alive on the date stated above | 22a. ATTENDANT'S SIGNATURE | 22b. ATTENDANT AT BIRTH M.D., D.O., C.N.M., MIDWIFE, OTHER [Specify] |
|---|---|---|
| at 9:28 A. M. | | M.D. |

22c. ATTENDANT'S ADDRESS    JEFFERSON DAVIS HOSPITAL HOUSTON, TEXAS

22d. DATE SIGNED    FEBRUARY 7, 1982

| 23a. REGISTRAR'S FILE NO. | 23b. DATE REC'D BY LOCAL REGISTRAR | 23c. SIGNATURE OF LOCAL REGISTRAR |
|---|---|---|
| 4736 | FEB. 16, 1982 | R. V. Ward |

STATE OF TEXAS
COUNTY OF HARRIS

CITY OF HOUSTON
BUREAU OF VITAL STATISTICS

I HEREBY CERTIFY THAT THE ABOVE IS AN EXACT COPY OF A CERTIFICATE AS FILED IN THE BUREAU OF VITAL STATISTICS, CITY OF HOUSTON HEALTH DEPARTMENT, HOUSTON, TEXAS, AND THAT I AM THE LEGAL CUSTODIAN OF SUCH RECORDS.

(WARNING: NOT VALID UNLESS MACHINE SIGNED IN RED AND BLACK INK, AND THE RAISED SEAL OF THIS OFFICE AFFIXED HERETO)

R. S. WARD, REGISTRAR
BUREAU OF VITAL STATISTICS

DATE ISSUED    MAR. 30, 1982

# EXHIBIT C

Note: This document is a marriage license, not a marriage certificate. The State of Texas issues
marriage licenses, not marriage certificates, as defined in the Texas Family Code Sec. 2.001





# MARRIAGE LICENSE

## Officer's Return

This Certifies that I have united in Marriage

### Mahmoud A Dwikat

And

### Martha Leticia Solis

01/16/2020

on

_____  
Signature

_____  
Title: Imam

Dr. Raed Alrosan  
Printed or Typed Name

Harris County  
County/State ceremony was performed

This license is not valid for seventy two (72) hours from the time of issuance and has been accompanied
by Texas Department of Health material as defined by Section 2.010 of the Texas Family Code.
The ceremony must be performed within ninety (90) days and witnesses are not required. This completed
document must be returned to any Harris County Clerk office location for recording, regardless of
where the ceremony took place. Original licenses should be returned by the officiant, in person or by
mail, to Harris County Clerk's Office, P.O. Box 1525, Houston, TX 77251-1525. Upon being returned
to our office, the original Marriage License will be recorded and returned to the newlyweds for safekeeping.

Congratulations & Best Wishes!



# MARRIAGE LICENSE

HARRIS COUNTY CLERK
STATE OF TEXAS
Est. 1836

To any Person duly Authorized by the Laws of the State of Texas to Celebrate the Rites of Matrimony in the State of Texas, You are hereby authorized to conduct the Rites of Matrimony between;

## Mahmoud A Dwikat

And

## Martha Leticia Solis

and to make due return to the County Clerk of Harris County, Texas within thirty (30) days of performing the marriage, certifying your action under this license. Witness my official signature and seal of office in Harris County, Texas, at 4:01 PM, January 13, 2020.

# EXHIBIT D

State of Palestine
Ministry of Interior
Department of Civil Affairs



دولـــــــة فلـــسطين
وزارة الداخليـــــــة
مديرية الأحوال المدنية

شـــهادة ميلاد

| | | |
|---|---|---|
| رقم الهوية | 0    5232798    8 | |

| | | | | |
|---|---|---|---|---|
| الإسم | محمود | إسم الأب | عبد الحكيم | |

| | | | | |
|---|---|---|---|---|
| إسم الجد | محمود | إسم العائلة | دويكات | جنسية الأب    فلسطيني |

| | | | | |
|---|---|---|---|---|
| إسم الأم | نجاح | عائلة الأم | ** | جنسية الأم    فلسطينية |

| | | | |
|---|---|---|---|
| الجنس | ذكر | الديانة | مسلم |

| | | |
|---|---|---|
| تاريخ الميلاد | 1990/05/13 | الثالث عشر من شهر أيار لعام ألف وتسعمائة و تسعين |

| | | | |
|---|---|---|---|
| مكان الميلاد | نابلس | المستشفى | الاتحادالنسائي-نابلس |

| | |
|---|---|
| العنوان | عسكر    0 - 0    -- |

إن التفاصيل المدونة بولادة المذكور أعلاه أدرجت في سجل الولادة لسنة 1990

من قبل مديرية الأحوال المدنية بـ    نــابلس    بتــاريخ    2017/12/10

توقيع
الموظف المختص
Employee Signature

ختم الدائرة
Seal



State of Palestine
Ministry of Interior
Department of Civil Affairs



دولـــــــة فلـــسطين
وزارة الداخليــــــة
مديرية الأحوال المدنية

## Birth Certificate

| | | | |
|---|---|---|---|
| Id No. | 8  5232798  0 | | |
| First Name | Mahmoud | Father's Name | Abdel Hakeem |
| G.F.'s Name | Mahmoud | Family Name | Dwikat |
| Mother's Name | Najah | Mother's Family | -- |
| Father's Nationality | Palestinian | Mother's Nationality | Palestinian |
| Sex | Male | Religion | Muslim |
| D. of Birth | 13/05/1990　The Thirteenth of May Nineteen hundreds Ninty | | |
| P. of Birth | Nablus | Hospital | Ladies Union |
| Address | Askar | - 0 - 0 | |

The details about the above mentioned birth have already been registered in the birth file of year　1990

by Department of Civil Affairs in　　Nablus　　on　10/12/2017

توقيع
الموظف المختص

Employee Signature



1:56 ✈                                    ..oll LTE ▢

‹                    Emad
                1/13/20, 2:23 PM



PASSPORT    جواز سفر

N° 3220714    MAHMOUD A M DWIKAT

P<PSEDWIKAT<<MAHMOUD<A<M<<<<<<<<<<<<<<<<<<<<<
3220714<<9PSE9005134M2003289852327980<<<<<48



⬆        ⤲        ☆        🗑

1:57

.oll LTE

Emad
1/13/20, 2:23 PM



VISA

| | |
|---|---|
| Issuing Post Name | Control Number |
| JERUSALEM | 20152806160016 |
| Surname | |
| DWIKAT | |
| Given Name | Visa Type /Class |
| MAHMOUD A M | R   B1/B2 |
| Passport Number   Sex | Birth Date   Nationality |
| 3220714   M | 13MAY1990   PAL |
| Entries | Issue Date   Expiration Date |
| M | 08OCT2015   06OCT2018   1011 |
| Annotation | |

K7269952

VNUSADWIKAT<<MAHMOUD<A<M<<<<<<<<<<<<<<<<<<<<<<<
3220714<<9PSE9005134M1810068B3JRS05XDS662232



 For: **MAHMOUD DWIKAT**



**U.S. Customs and Border Protection**
Securing America's Borders

## Most Recent I-94

**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94/I-95 Website and click on the tab for "Get Most Recent I-94/I-95" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94/I-95 printout matches the "Get Most Recent I-94/I-95" returned results for this applicant. Reference the CBP I-94/I-95 Website FAQs.

**Admission I-94 Record Number:** 77342545630

**Arrival/Issued Date:** 2015 October 21

**Class of Admission:** B2

**Admit Until Date:** 2016 April 20

**Details provided on the I-94 Information form:**

**Last/Surname:** DWIKAT

**First (Given) Name:** MAHMOUD

**Birth Date:** 1990 May 13

**Document Number:** 3220714

**Country of Citizenship:** Palestine

---

► Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94/I-95. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

► What to do if someone requests your admission info: If an employer, local, state or federal agency requests admission information, present your admission (I-94/I-95) number along with any additional required documents requested by that employer or agency.

► For security, close your browser after retrieving your I-94/I-95 number.

OMB No. 1651-0111
Expiration Date: 11/30/2025

# EXHIBIT E

**U.S. Department of Homeland Security**

**Notice to Appear**

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID: 357980223          FINS: 1194113592

DOB: 05/13/1990

File No: 208 299 894

Event No: XHO1701000020

In the Matter of:

Respondent: _____ MAHMOUD DWIKAT _____ currently residing at:

15850 Export Plaza Dr. Houston, TEXAS, 77032                    (281) 449-1481

(Number, street, city and ZIP code)                    (Area code and phone number)

☐ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☒ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

See Continuation Page Made a Part Hereof

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

See Continuation Page Made a Part Hereof

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8CFR 208.30(f)(2) ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

5520 Greens Road Houston TX 77032. EOIR CDF Houston, TX

(Complete Address of Immigration Court, including Room Number, if any)

on __To be set.__ at __To be set.__ to show why you should not be removed from the United States based on the

(Date)          (Time)

charge(s) set forth above.

Date: __March 2, 2017__

_Henry B Crawley, SJH_

(Signature and Title of Issuing Officer)

Houston, Texas

(City and State)

See reverse for important information

Form I-862 (Rev. 08/01/07)

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this preceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

## Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before:

_____ Mahmood _____
(Signature of Respondent)

_____
(Signature and Title of Immigration Officer)

Date: 3/6/17

## Certificate of Service

This Notice To Appear was served on the respondent by me on **March 2, 2017**, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

[X] in person    [ ] by certified mail, returned receipt requested    [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[X] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the _____**English**_____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____        Mahmood
(Signature of Respondent if Personally Served)

LARRY BENTON JR        SPECIAL AGENT
(Signature and Title of officer)

Form I-862 Page 2 (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** I-862

| Alien's Name | File Number | Date |
|---|---|---|
| DWIKAT, MAHMOUD | 208 299 894<br>Event No: XHO1701000020 | 03/06/2017 |

THE SERVICE ALLEGES THAT YOU:
-----------------------------------

1. You are not a citizen or national of the United States;

2. You are a native of Palestine and a citizen of PALESTINE;

3. You were admitted to the United States at Houston, Texas on or about October 21, 2015 as a Non-Immigrant;

4. You remained in the United States beyond October 19, 2016 without authorization from the Immigration and Naturalization Service or its successor the Department of Homeland Security.

5. You were employed for wages or other compensation on March 3, 2016 at Auto 4 Less, located at 4937 Spencer Hwy, Pasadena, TX 77505 without authorization of the Immigration and Naturalization Service or its successor the Department of Homeland Security.


ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:
--------------------------------------------------------------------------------
--------------------------------------------------------------

Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted, in violation of this Act or any other law of the United States.

Section 237(a)(1)(C)(i) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you failed to maintain or comply with the conditions of the nonimmigrant status under which you were admitted.

| Signature | Title |
|---|---|
|  |  |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. DEPARTMENT OF HOMELAND SECURITY**        Warrant for Arrest of Alien

File No. ___208 299 894___

Date: ___03/02/2017___

To:    Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations

I have determined that there is probable cause to believe that ___DWIKAT, MAHMOUD___ is removable from the United States. This determination is based upon:

☑ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☑ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☑ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

_____
(Signature of Authorized Immigration Officer)

Henry Brent Crawley, Supervisory Special Agent
(Printed Name and Title of Authorized Immigration Officer)

---

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at ___Houston, Texas___
(Location)

on ___DWIKAT, MAHMOUD___ on ___March 2, 2017___, and the contents of this
(Name of Alien)          (Date of Service)

notice were read to him or her in the ___ENGLISH___ language.
(Language)

LARRY BENTON JR
SPECIAL AGENT                                          N/A
Name and Signature of Officer          Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)

DEPARTMENT OF HOMELAND SECURITY
## NOTICE OF CUSTODY DETERMINATION

Alien's Name: DWIKAT, MAHMOUD

A-File Number: 208 299 894

Date: 03/02/2017

Event ID: XHO1701000020

Subject ID: 357980223

---

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

[X] Detained by the Department of Homeland Security.

[ ] Released (check all that apply):

    [ ] Under bond in the amount of $ _____

    [ ] On your own recognizance.

    [ ] Under other conditions. [Additional document(s) will be provided.]

_____
Name and Signature of Authorized Officer

03/02/2017 09:49 AM
_____
Date and Time of Custody Determination

Spv. Special Agent
_____
Title

Houston, TX
_____
Office Location/Address

---

You may request a review of this custody determination by an immigration judge.

[✓] I acknowledge receipt of this notification, and

    [ ] I **do** request an immigration judge review of this custody determination.

    [ ] I **do not** request an immigration judge review of this custody determination.

_____
Signature of Alien

3/2/17
_____
Date

---

The contents of this notice were read to DWIKAT, MAHMOUD    in the ENGLISH    language.
                                  (Name of Alien)                              (Name of Language)

JR, LARRY BENTON
_____
Name and Signature of Officer

_____
Name or Number of Interpreter (if applicable)

SPECIAL AGENT
_____
Title

---

Event No: XHO1701000020     DEPARTMENT OF HOMELAND SECURITY     FINS #: 1194113592

Subject ID: 357980223    **NOTICE OF RIGHTS AND REQUEST FOR DISPOSITION**

Name: MAHMOUD DWIKAT               File No: 208 299 894

---

## NOTICE OF RIGHTS AND ADVISALS

You have been arrested because immigration officers believe that you are illegally in the United States. You have the right to a hearing before the Immigration Court to determine whether you may remain in the United States. If you request a hearing before a judge in Immigration Court, you may be detained, or you may be eligible to be released from detention, either with or without payment of bond.

You have the right to contact an attorney or other legal representative to represent you at your hearings, or to answer any questions regarding your legal rights in the United States. The officer who gave you this notice will provide you with a list of legal organizations that may represent you for free or for a small fee. You have the right to communicate with the consular or diplomatic officers from your country. You may use a telephone to call a lawyer, other legal representative, or consular officer at any time prior to your departure from the United States.

In the alternative, you may request to return to your country as soon as possible, without a hearing. If you choose to return to your country, you may lose the opportunity to apply for certain immigration benefits or forms of relief from removal that are only available to people present within the United States. If you choose to return to your country, you may change your mind and instead request a hearing before a judge in Immigration Court at any time before your departure from the United States. You should let an immigration officer know immediately if you change your mind.

If you have been in the United States without legal status for one year or more and choose to return to your country, you will be unable to legally return to the United States for ten years, unless you obtain a waiver. If you have been in the United States without legal status for more than 180 days but for less than one year and choose to return to your country, you will be unable to legally return to the United States for three years, unless you obtain a waiver. You may apply for a waiver only if you have a spouse or parent who is a U.S. citizen or lawful permanent resident.

---

## REQUEST FOR DISPOSITION

_____ I request a hearing before the Immigration Court to determine whether I may remain in the United States.
Initials

_____ I believe I face harm if I return to my country. My case will be referred to the Immigration Court for a hearing.
Initials

_____ I admit that I am illegally in the United States, and I do not believe that I face harm if I return to my country.
Initials   I give up my right to a hearing before the Immigration Court. I wish to return to my country as soon as arrangements can be made to effect my departure. I understand that I may be held in detention until my departure.

_____      3/2/17
Signature of Subject                 Date

---

## CERTIFICATION OF SERVICE

☐ Notice read by subject.

☑ Notice read to subject by BENTON JR, LARRY , in the ___English___ language.

BENTON JR, LARRY
_____
Name of Officer (Print)                Name of Interpreter (Print)

_____      March 2, 2017 09:39 AM
Signature of Officer              Date and Time of Service

---

DHS Form I-826 (9/14)                                      Page 1 of 1

# EXHIBIT F

(                                                    (

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
HOUSTON IMMIGRATION COURT

LEAD FILE: 208-299-894
IN REMOVAL PROCEEDINGS
DATE: Aug 4, 2025

TO: Jonathan H. Lamb, Attorney at Law
    Lamb, Jonathan Howard
    550 Westcott
    Suite 415
    Houston, TX   77007                     .

RE: 208-299-894 DWIKAT, MAHMOUD

### Notice of In-Person Hearing

Your case has been scheduled for a INDIVIDUAL hearing before the immigration
court on:

Date:          Mar 11, 2027
Time:          08:30 A.M. CT
Court Address: 500 JEFFERSON ST., SUITE 300
               3RD FLOOR COURTROOM # 2, HOUSTON, TX 77002

**Representation:** You may be represented in these proceedings, at no
expense to the Government, by an attorney or other representative
of your choice who is authorized and qualified to represent persons
before an immigration court. If you are represented, your attorney
or representative must also appear at your hearing and be ready
to proceed with your case.  Enclosed and online at
https://www.justice.gov/eoir/list-pro-bono-legal-service-providers
is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the
Department of Homeland Security establishes by clear, unequivocal, and
convincing evidence that written notice of your hearing was provided and
that you are removable, you will be ordered removed from the United
States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including
hearing notices, to you based on the most recent contact information
you have provided, and your immigration proceedings can go forward in
your absence if you do not appear before the court.  If your contact
information is missing or is incorrect on the Notice to Appear, you must
provide the immigration court with your updated contact information within
five days of receipt of that notice so you do not miss important information.
Each time your address, telephone number, or email address changes,
you must inform the immigration court within five days.  To update your contact
information with the immigration court, you must complete a Form EOIR-33
either online at https://respondentaccess.eoir.justice.gov/en/ or by
completing the enclosed paper form and mailing it to the immigration
court listed above.

**Internet-Based Hearings:** If you are scheduled to have an internet-based hearing, you will appear by video or telephone. If you prefer to appear in person at the immigration court named above, you must file a motion for an in-person hearing with the immigration court at least fifteen days before the hearing date provided above. Additional information about internet-based hearings for each immigration court is available on EOIR's website at https://www.justice.gov/eoir/eoir-immigration-court-listing.

**In-Person Hearings:** If you are scheduled to have an in-person hearing, you will appear in person at the immigration court named above. If you prefer to appear remotely, you must file a motion for an internet-based hearing with the immigration court at least fifteen days before the hearing date provided above.

For information about your case, please call **1-800-898-7180** (toll-free) or **304-625-2050**.

**The Certificate of Service on this document allows the immigration court to record delivery of this notice to you and to the Department of Homeland Security.**

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:MAIL[M]   PERSONAL SERVICE[P]   ELECTRONIC SERVICE[E]
TO:   [    ] Noncitizen | [    ] Noncitizen c/o Custodial Officer |
      [ m ] Noncitizen ATT/REP | [ p ] DHS
DATE: __08/04/2025_____      BY:  COURT STAFF _____ws_____
Attachments:[ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other   NH

Use a smartphone's camera to scan the code on this page to read the notice online.

Usa la cámara de un teléfono inteligente para escanear el código de esta página y leer el aviso en línea.



Use a câmara do smartphone para digitalizar o código nesta página e ler o manual de instruções online.

使用智能手机摄像头扫描本页面的代码，即可在线阅读该通知。

ਨੋਟਿਸ ਨੂੰ ਔਨਲਾਈਨ ਪੜ੍ਹਨ ਲਈ ਇਸ ਪੰਨੇ 'ਤੇ ਕੋਡ ਨੂੰ ਸਕੈਨ ਕਰਨ ਲਈ ਸਮਾਰਟਫੋਨ ਦੇ ਕੈਮਰੇ ਦੀ ਵਰਤੋਂ ਕਰੋ।

অনলাইনে নোটিশ পড়ার জন্য এই পেজের কোডটি স্ক্যান করতে স্মার্টফোনের ক্যামেরা ব্যবহার করুন।

सूचना अनलाइनमा पढ्न यस पृष्ठमा कोड स्क्यान गर्न स्मार्टफोनको क्यामेरा प्रयोग गर्नुहोस्।

Sèvi ak kamera yon telefòn entèlijan pou eskane kòd ki nan paj sa a pou li avi a sou entènèt.

استخدم كاميرا الهاتف الذكي لمسح الرمز الموجود في هذه الصفحة لقراءة الإشعار على الإنترنت

Чтобы прочитать уведомление онлайн, отсканируйте код на этой странице с помощью камеры вашего смартфона.

Utilisez l'appareil photo d'un téléphone intelligent pour scanner le code sur cette page afin de lire l'avis en ligne.

**A-Number:** 208-299-894, DWIKAT, MAHMOUD



Select a case to view details and file documents

| | | |
|---|---|---|
| **Removal** | Charging Doc. Date: **03/02/2017** | Case Pending |
| **Bond** | Charging Doc. Date: **03/02/2017** Bond Request Date: **03/08/2017** | Case Completed |

*End of list. Please file a Form EOIR-27 or EOIR-28 using "Appearances" link in the header to view additional cases.*

## Court Information

| | | | |
|---|---|---|---|
| **Case Type:** | Removal | | |
| **Charging Doc. Date:** | 03/02/2017 |  This case has a paper ROP. All filings must be made in paper. | |
| **Alien Name:** | DWIKAT, MAHMOUD | | |
| **Hearing Location:** | 500 JEFFERSON ST., SUITE 300 HOUSTON, TX 77002 | **Immigration Court:** | 500 JEFFERSON ST., SUITE 300 HOUSTON, TX 77002 |
| **Next Case Hearing:** | 03/11/2027    08:30 AM - 10:00 AM INDIVIDUAL HEARING Wang, Lynn | **IJ Decision Date:** | -- NA -- |
| | | **IJ Decision:** | This case is pending. |
| **Hearing Medium:** | In-Person | | |

View Asylum Clock

## Court Actions

| Upload Court Documents | Request a Bond | Download eROP |
|---|---|---|
| File Appeal at BIA | Export DAR | |

⚠ The documents for this case do not exist online.
For information on viewing or obtaining a copy of the official record, please consult the EOIR Policy Manual available at www.justice.gov/eoir.

# EXHIBIT G

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | March 04, 2020 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-130, Petition for Alien Relative | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0908564290 | February 27, 2020 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| February 27, 2020 | 201 B INA SPOUSE OF USC | February 07, 1982 |

MARTHA L. SOLIS-DWIKAT
C/O JONATHAN H. LAMB LAMB AND TURNER PLLC 00000290
550 WESTCOTT STREET STE 415
HOUSTON, TX 77007



**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $535.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| DWIKAT, MAHMOUD | 5/13/1990 | JORDAN | |

Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 04/01/19

# EXHIBIT H

# LAW OFFICE OF JONATHAN H. LAMB

JONATHAN H. LAMB | ANGELITA P. TURNER

550 WESTCOTT ST., SUITE 415 I HOUSTON, TEXAS 77007 I T: 713.529.5025 F: 832.602.2640 I E: INFO@LAMBIMMIGRATION.COM

February 13, 2020

**USCIS**
ATTN: I-130
PO Box 21700
Phoenix, AZ 85036

**Via USPS:**

RE:   **Petitioner:**   SOLIS-DWIKAT, Martha Leticia
     **Beneficiary:**   DWIKAT, Mohmoud Abdel Hakeem

### Form I-130, Petition for Alien Relative
### Spouse of a USC

Dear Sir/Madam

We represent the above-named clients. Harpreet Singh is filing a Petition for Alien Relative on behalf of his wife Haneet Kour. Enclosed please find the following:

1. Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative;
2. Form I-130, Petition for Alien Relative including prescribed filing fee of $535.00, and one passport-style picture for each Petitioner and Beneficiary;
3. Copy of Petitioner's Birth Certificate;
4. Copy of Petitioner's Marriage Certificate;
5. Copy of Petitioner's Divorce Decree from Joshua Ben Giles;
6. Copy of Beneficiary's Birth Certificate with English translation; and
7. Supporting documents.

We trust the foregoing is sufficient supporting evidence for a favorable adjudication. Please mail us a receipt at your earliest convenience. Thank you for your kind attention.

Respectfully,
Lamb & Turner, PLLC

Jonathan H. Lamb
Attorney at Law
JHL/is
Encl: as stated



## Notice of Entry of Appearance
## as Attorney or Accredited Representative
### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

### Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any)
   ▶ N / A

*Name of Attorney or Accredited Representative*

2.a. Family Name (Last Name)    LAMB

2.b. Given Name (First Name)    Jonathan

2.c. Middle Name    H.

*Address of Attorney or Accredited Representative*

3.a. Street Number and Name    550 Westcott Street

3.b. ☐ Apt.  ☒ Ste.  ☐ Flr.    415

3.c. City or Town    Houston

3.d. State    TX      3.e. ZIP Code    77007

3.f. Province

3.g. Postal Code

3.h. Country    United States

*Contact Information of Attorney or Accredited Representative*

4. Daytime Telephone Number    713-529-5025

5. Mobile Telephone Number (if any)

6. Email Address (if any)    info@lambimmigration.com

7. Fax Number (if any)    832-602-2640

### Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority

Supreme Court of Texas

1.b. Bar Number (if applicable)

11837300

1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable)

Lamb & Turner PLLC

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization

N/A

2.c. Date of Accreditation (mm/dd/yyyy)

3. ☐ I am associated with

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate

N/A

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** [X] U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

I-130

**2.a.** [ ] U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** [ ] U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶ 

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

[ ] Applicant [X] Petitioner [ ] Requestor
[ ] Beneficiary/Derivative [ ] Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name) SOLIS-DWIKAT

**6.b.** Given Name (First Name) Martha

**6.c.** Middle Name Leticia

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶ 

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- N / A

## Client's Contact Information

**10.** Daytime Telephone Number

281-543-7809

**11.** Mobile Telephone Number (if any)

281-543-7809

**12.** Email Address (if any)

marhaleticiasolis0008@gmail.com

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name 5406 Bear Hunters Dr.

**13.b.** [ ] Apt. [ ] Ste. [ ] Flr.

**13.c.** City or Town Katy

**13.d.** State TX **13.e.** ZIP Code 77449

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

United States

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4.  Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery.  USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

1.a. ☐  I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

1.b. ☒  I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:**  If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative.  If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

1.c. ☐  I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

2.a.  Signature of Client or Authorized Signatory for an Entity

2.b.  Date of Signature (mm/dd/yyyy)    02/12/2020

## Part 5.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS.  I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1. a.  Signature of Attorney or Accredited Representative

1.b.  Date of Signature (mm/dd/yyyy)    02/12/2020

2.a.  Signature of Law Student or Law Graduate

2.b.  Date of Signature (mm/dd/yyyy)

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name) SOLIS-DWIKAT

**1.b.** Given Name (First Name) Martha

**1.c.** Middle Name Leticia

**2.a.** Page Number

**2.b.** Part Number

**2.c.** Item Number

**2.d.** _____

**3.a.** Page Number

**3.b.** Part Number

**3.c.** Item Number

**3.d.** _____

**4.a.** Page Number

**4.b.** Part Number

**4.c.** Item Number

**4.d.** _____

**5.a.** Page Number

**5.b.** Part Number

**5.c.** Item Number

**5.d.** _____

**6.a.** Page Number

**6.b.** Part Number

**6.c.** Item Number

**6.d.** _____



NOTICE Do not cash this Money Order for any person from whom you are not able to recover your payment. Should this item bear any unauthorized signature, be stolen, improperly completed, or altered, issuer will either stop payment hereon or charge back against any endorsement. For customer service, call 1-800-999-9660. Intended for domestic use only. Western Union Money Order and Design is a service mark of Western Union Holdings, Inc.

Warning - do not cash check without noting true watermark. Hold up to light to verify presence of watermark.

_____
ENDORSE ABOVE THIS LINE                    MP

SERVICE CHARGE
If this Money Order is not used or cashed (presented for payment) within 1 year (3 years for CA) of the purchase date, there will be a non-refundable Service Charge applied (where permitted by law). The Service Charge will be deducted from the amount shown on the Money Order. Subject to applicable law, the Service Charge is $1.50 per month (exceptions - CT & PR: $0; CA $0.25; MD $0.40; MN $12 annually; NJ $2; & TX $1) applied from the purchase date (from 13th month for NJ), not to exceed $126 or the maximum permitted by law.







## Petition for Alien Relative

Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS
Form I-130**
OMB No. 1615-0012
Expires 02/28/2021

| For USCIS Use Only | | Fee Stamp | Action Stamp |
|---|---|---|---|
| **A-Number** | | | |

**A-** [ ][ ][ ][ ][ ][ ][ ][ ][ ]

| Initial Receipt | |
|---|---|
| Resubmitted | |

| Relocated | **Section of Law/Visa Category** |
|---|---|
| Received | ☐ 201(b) Spouse - IR-1/CR-1  ☐ 203(a)(1) Unm. S/D- F1-1  ☐ 203(a)(2)(B) Unm. S/D - F2-4 |
| Sent | ☐ 201(b) Child - IR-2/CR-2  ☐ 203(a)(2)(A) Spouse- F2-1  ☐ 203(a)(3) Married  S/D - F3-1 |
| Completed | ☐ 201(b) Parent - IR-5  ☐ 203(a)(2)(A) Child - F2-2  ☐ 203(a)(4) Brother/ Sister - F4-1 |

| Approved | Petition was filed on (Priority Date mm/dd/yyyy): | ☐ Field Investigation | ☐ Personal Interview | ☐ 204(a)(2)(A) Resolved |
|---|---|---|---|---|
| | | ☐ Previously Forwarded | ☐ Pet. A-File Reviewed | ☐ I-485 Filed Simultaneously |
| Returned | PDR request granted/denied - New priority date (mm/dd/yyyy): | ☐ 203(g) Resolved | ☐ Ben. A-File Reviewed | ☐ 204(g) Resolved |
| **Remarks** | | | | |

At which USCIS office (e.g., NBC, VSC, LOS, CRO) was Form I-130 adjudicated? _____

| **To be completed by an attorney or accredited representative (if any).** | | | |
|---|---|---|---|
| ☒ **Select this box if Form G-28 is attached.** | **Volag Number (if any)** | **Attorney State Bar Number (if applicable)** 11837300 | **Attorney or Accredited Representative USCIS Online Account Number (if any)** |

▶ **START HERE - Type or print in black ink.**

> If you need extra space to complete any section of this petition, use the space provided in **Part 9. Additional Information.**
> **Complete and submit as many copies of Part 9., as necessary, with your petition.**

## Part 1. Relationship (You are the Petitioner. Your relative is the Beneficiary)

1. I am filing this petition for my (Select **only one** box):

   ☒ Spouse  ☐ Parent  ☐ Brother/Sister  ☐ Child

2. If you are filing this petition for your child or parent, select the box that describes your relationship (Select **only one** box):

   ☐ Child was born to parents who were married to each other at the time of the child's birth

   ☐ Stepchild/Stepparent

   ☐ Child was born to parents who were not married to each other at the time of the child's birth

   ☐ Child was adopted (not an Orphan or Hague Convention adoptee)

3. If the beneficiary is your brother/sister, are you related by adoption?    ☐ Yes  ☒ No

4. Did you gain lawful permanent resident status or citizenship through adoption?    ☐ Yes  ☒ No

## Part 2. Information About You (Petitioner)

1. Alien Registration Number (A-Number) (if any)

   ▶ **A-** [N][/][A][ ][ ][ ][ ][ ]

2. USCIS Online Account Number (if any)

   ▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

3. U.S. Social Security Number (if any)

   ▶ [4][5][4][6][1][6][8][5][7]

### Your Full Name

4.a. Family Name (Last Name): SOLIS-DWIKAT

4.b. Given Name (First Name): Martha

4.c. Middle Name: Leticia

## Part 2. Information About You (Petitioner) (continued)

### Other Names Used (if any)

Provide all other names you have ever used, including aliases, maiden name, and nicknames.

| | | |
|---|---|---|
| 5.a. | Family Name (Last Name) | GILES |
| 5.b. | Given Name (First Name) | Martha |
| 5.c. | Middle Name | Leticia |

### Other Information

**6.** City/Town/Village of Birth

Houston

**7.** Country of Birth

United States

**8.** Date of Birth (mm/dd/yyyy)    02/07/1982

**9.** Sex    ☐ Male    ☒ Female

### Mailing Address

**10.a.** In Care Of Name

**10.b.** Street Number and Name    5406 Bear Hunters Dr.

**10.c.** ☐ Apt. ☐ Ste. ☐ Flr.

**10.d.** City or Town    Katy

**10.e.** State TX    **10.f.** ZIP Code 77449

**10.g.** Province

**10.h.** Postal Code

**10.i.** Country

United States

**11.** Is your current mailing address the same as your physical address?    ☒ Yes    ☐ No

If you answered "No" to Item Number 11., provide information on your physical address in Item Numbers 12.a. - 13.b.

### Address History

Provide your physical addresses for the last five years, whether inside or outside the United States. Provide your current address first if it is different from your mailing address in Item Numbers 10.a. - 10.i.

**Physical Address 1**

**12.a.** Street Number and Name    5406 Bear Hunters Dr.

**12.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**12.c.** City or Town    Katy

**12.d.** State TX    **12.e.** ZIP Code 77449

**12.f.** Province

**12.g.** Postal Code

**12.h.** Country

United States

**13.a.** Date From (mm/dd/yyyy)    08/2006

**13.b.** Date To (mm/dd/yyyy)    **PRESENT**

**Physical Address 2**

**14.a.** Street Number and Name    N/A

**14.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**14.c.** City or Town

**14.d.** State    **14.e.** ZIP Code

**14.f.** Province

**14.g.** Postal Code

**14.h.** Country

**15.a.** Date From (mm/dd/yyyy)

**15.b.** Date To (mm/dd/yyyy)

### Your Marital Information

**16.** How many times have you been married?    ▶ 02

**17.** Current Marital Status

☐ Single, Never Married    ☒ Married    ☐ Divorced

☐ Widowed    ☐ Separated    ☐ Annulled

**Part 2. Information About You (Petitioner) (continued)**

18. Date of Current Marriage (if currently married) (mm/dd/yyyy)  01/16/2020

## Place of Your Current Marriage (if married)

19.a. City or Town  Houston

19.b. State  TX

19.c. Province

19.d. Country  United States

## Names of All Your Spouses (if any)

Provide information on your current spouse (if currently married) first and then list all your prior spouses (if any).

**Spouse 1**

20.a. Family Name (Last Name)  DWIKAT

20.b. Given Name (First Name)  Mahmoud

20.c. Middle Name  Adbel Hakeem

21. Date Marriage Ended (mm/dd/yyyy)

**Spouse 2**

22.a. Family Name (Last Name)  GILES

22.b. Given Name (First Name)  Joshua

22.c. Middle Name  Ben

23. Date Marriage Ended (mm/dd/yyyy)  01/12/2017

## Information About Your Parents

**Parent 1's Information**

Full Name of Parent 1

24.a. Family Name (Last Name)  SOLIS

24.b. Given Name (First Name)  Ana

24.c. Middle Name  Maria

25. Date of Birth (mm/dd/yyyy)  01/11/1953

26. Sex  ☐ Male  ☒ Female

27. Country of Birth  El Salvador

28. City/Town/Village of Residence  Rosharon

29. Country of Residence  United States

**Parent 2's Information**

Full Name of Parent 2

30.a. Family Name (Last Name)  N/A

30.b. Given Name (First Name)

30.c. Middle Name

31. Date of Birth (mm/dd/yyyy)

32. Sex  ☐ Male  ☐ Female

33. Country of Birth

34. City/Town/Village of Residence

35. Country of Residence

## Additional Information About You (Petitioner)

36. I am a (Select **only one** box):
☒ U.S. Citizen  ☐ Lawful Permanent Resident

**If you are a U.S. citizen, complete Item Number 37.**

37. My citizenship was acquired through (Select **only one** box):

☒ Birth in the United States

☐ Naturalization

☐ Parents

38. Have you obtained a Certificate of Naturalization or a Certificate of Citizenship?  ☐ Yes  ☒ No

**If you answered "Yes" to Item Number 38., complete the following:**

39.a. Certificate Number

39.b. Place of Issuance

39.c. Date of Issuance (mm/dd/yyyy)

## Part 2. Information About You (Petitioner) (continued)

If you are a lawful permanent resident, complete **Item Numbers 40.a. - 41.**

**40.a.** Class of Admission

**40.b.** Date of Admission (mm/dd/yyyy)

Place of Admission

**40.c.** City or Town

**40.d.** State

**41.** Did you gain lawful permanent resident status through marriage to a U.S. citizen or lawful permanent resident?

☐ Yes ☐ No

### *Employment History*

Provide your employment history for the last five years, whether inside or outside the United States. Provide your current employment first. If you are currently unemployed, type or print "Unemployed" in **Item Number 42.**

**Employer 1**

**42.** Name of Employer/Company

Katy ISD

**43.a.** Street Number and Name

21603 Park Tree Ln.

**43.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**43.c.** City or Town

Katy

**43.d.** State TX   **43.e.** ZIP Code 77450

**43.f.** Province

**43.g.** Postal Code

**43.h.** Country

United States

**44.** Your Occupation

ADA/Registrar

**45.a.** Date From (mm/dd/yyyy)   03/2016

**45.b.** Date To (mm/dd/yyyy)   **PRESENT**

**Employer 2**

**46.** Name of Employer/Company

Unemployed

**47.a.** Street Number and Name

**47.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**47.c.** City or Town

**47.d.** State   **47.e.** ZIP Code

**47.f.** Province

**47.g.** Postal Code

**47.h.** Country

**48.** Your Occupation

Homemaker

**49.a.** Date From (mm/dd/yyyy)   02/2015

**49.b.** Date To (mm/dd/yyyy)   03/2016

## Part 3. Biographic Information

**NOTE:** Provide the biographic information about you, the petitioner.

**1.** Ethnicity (Select **only one** box)

☒ Hispanic or Latino

☐ Not Hispanic or Latino

**2.** Race (Select **all applicable** boxes)

☒ White

☐ Asian

☐ Black or African American

☐ American Indian or Alaska Native

☐ Native Hawaiian or Other Pacific Islander

**3.** Height   Feet 5   Inches 4

**4.** Weight   Pounds 2 2 0

**5.** Eye Color (Select **only one** box)

☐ Black ☐ Blue ☒ Brown

☐ Gray ☐ Green ☐ Hazel

☐ Maroon ☐ Pink ☐ Unknown/Other

## Part 3. Biographic Information (continued)

6. Hair Color (Select only one box)

☐ Bald (No hair)    ☐ Black    ☐ Blond
☒ Brown    ☐ Gray    ☐ Red
☐ Sandy    ☐ White    ☐ Unknown/Other

## Part 4. Information About Beneficiary

1. Alien Registration Number (A-Number) (if any)

▶ A- 2 0 8 2 9 9 8 9 4

2. USCIS Online Account Number (if any)

▶ [          ]

3. U.S. Social Security Number (if any)

▶ N / A [          ]

### Beneficiary's Full Name

4.a. Family Name (Last Name)    DWIKAT
4.b. Given Name (First Name)    Mahmoud
4.c. Middle Name    Adbel Hakeem

### Other Names Used (if any)

Provide all other names the beneficiary has ever used, including aliases, maiden name, and nicknames.

5.a. Family Name (Last Name)    Dwikal
5.b. Given Name (First Name)    Mahmoud
5.c. Middle Name    [          ]

### Other Information About Beneficiary

6. City/Town/Village of Birth

Nablus

7. Country of Birth

Occupied Palestinian Territories

8. Date of Birth (mm/dd/yyyy)    05/13/1990

9. Sex    ☒ Male    ☐ Female

10. Has anyone else ever filed a petition for the beneficiary?

☐ Yes    ☒ No    ☐ Unknown

NOTE: Select "Unknown" only if you do not know, and the beneficiary also does not know, if anyone else has ever filed a petition for the beneficiary.

### Beneficiary's Physical Address

If the beneficiary lives outside the United States in a home without a street number or name, leave Item Numbers 11.a. and 11.b. blank.

11.a. Street Number and Name    5406 Bear Hunters Dr.

11.b. ☐ Apt. ☐ Ste. ☐ Flr. [          ]

11.c. City or Town    Katy

11.d. State    TX    11.e. ZIP Code    77449

11.f. Province    [          ]

11.g. Postal Code    [          ]

11.h. Country

United States

### Other Address and Contact Information

Provide the address in the United States where the beneficiary intends to live, if different from Item Numbers 11.a. - 11.h. If the address is the same, type or print "SAME" in Item Number 12.a.

12.a Street Number and Name    SAME

12.b. ☐ Apt. ☐ Ste. ☐ Flr. [          ]

12.c. City or Town    [          ]

12.d. State [     ]    12.e. ZIP Code [          ]

Provide the beneficiary's address outside the United States, if different from Item Numbers 11.a. - 11.h. If the address is the same, type or print "SAME" in Item Number 13.a.

13.a. Street Number and Name    Askar Balad Ave

13.b. ☐ Apt. ☐ Ste. ☐ Flr. [          ]

13.c. City or Town    Nablus

13.d. Province    West Bank

13.e. Postal Code    [          ]

13.f. Country

Occupied Palestinian Territories

14. Daytime Telephone Number (if any)

832-989-9296

## Part 4. Information About Beneficiary (continued)

**15.** Mobile Telephone Number (if any)

**16.** Email Address (if any)

mahmouddweikat53@gmail.com

### Beneficiary's Marital Information

**17.** How many times has the beneficiary been married?

▶ 01

**18.** Current Marital Status

☐ Single, Never Married  ☒ Married  ☐ Divorced

☐ Widowed  ☐ Separated  ☐ Annulled

**19.** Date of Current Marriage (if currently married) (mm/dd/yyyy)

01/16/2020

### Place of Beneficiary's Current Marriage (if married)

**20.a.** City or Town  Houston

**20.b.** State  TX

**20.c.** Province

**20.d.** Country

United States

### Names of Beneficiary's Spouses (if any)

Provide information on the beneficiary's current spouse (if currently married) first and then list all the beneficiary's prior spouses (if any).

**Spouse 1**

**21.a.** Family Name (Last Name)  SOLIS-DWIKAT

**21.b.** Given Name (First Name)  Martha

**21.c.** Middle Name  Leticia

**22.** Date Marriage Ended (mm/dd/yyyy)

**Spouse 2**

**23.a.** Family Name (Last Name)  N/A

**23.b.** Given Name (First Name)

**23.c.** Middle Name

**24.** Date Marriage Ended (mm/dd/yyyy)

### Information About Beneficiary's Family

Provide information about the beneficiary's spouse and children.

**Person 1**

**25.a.** Family Name (Last Name)  SOLIS-DWIKAT

**25.b.** Given Name (First Name)  Martha

**25.c.** Middle Name  Leticia

**26.** Relationship  Spouse

**27.** Date of Birth (mm/dd/yyyy)  02/07/1982

**28.** Country of Birth

United States

**Person 2**

**29.a.** Family Name (Last Name)  N/A

**29.b.** Given Name (First Name)

**29.c.** Middle Name

**30.** Relationship

**31.** Date of Birth (mm/dd/yyyy)

**32.** Country of Birth

**Person 3**

**33.a.** Family Name (Last Name)  N/A

**33.b.** Given Name (First Name)

**33.c.** Middle Name

**34.** Relationship

**35.** Date of Birth (mm/dd/yyyy)

**36.** Country of Birth

## Part 4. Information About Beneficiary (continued)

**Person 4**

**37.a.** Family Name (Last Name): N/A

**37.b.** Given Name (First Name):

**37.c.** Middle Name:

**38.** Relationship:

**39.** Date of Birth (mm/dd/yyyy):

**40.** Country of Birth:

**Person 5**

**41.a.** Family Name (Last Name): N/A

**41.b.** Given Name (First Name):

**41.c.** Middle Name:

**42.** Relationship:

**43.** Date of Birth (mm/dd/yyyy):

**44.** Country of Birth:

### Beneficiary's Entry Information

**45.** Was the beneficiary EVER in the United States?

[X] Yes  [ ] No

If the beneficiary is currently in the United States, complete Items Numbers 46.a. - 46.d.

**46.a.** He or she arrived as a (Class of Admission):

B-2 Visitor

**46.b.** Form I-94 Arrival-Departure Record Number

► 7 7 3 4 2 5 4 5 6 3 0

**46.c.** Date of Arrival (mm/dd/yyyy): 10/21/2015

**46.d.** Date authorized stay expired, or will expire, as shown on Form I-94 or Form I-95 (mm/dd/yyyy) or type or print "D/S" for Duration of Status: 04/20/2016

**47.** Passport Number: 3220714

**48.** Travel Document Number:

**49.** Country of Issuance for Passport or Travel Document: Occupied Palestinian Territories

**50.** Expiration Date for Passport or Travel Document (mm/dd/yyyy): 03/28/2020

### Beneficiary's Employment Information

Provide the beneficiary's current employment information (if applicable), even if they are employed outside of the United States. If the beneficiary is currently unemployed, type or print "Unemployed" in **Item Number 51.a.**

**51.a.** Name of Current Employer (if applicable): First Choice Valet Parking Service

**51.b.** Street Number and Name: 6110 Richmond Ave.

**51.c.** [ ] Apt. [ ] Ste. [ ] Flr.

**51.d.** City or Town: Houston

**51.e.** State: TX  **51.f.** ZIP Code: 77057

**51.g.** Province:

**51.h.** Postal Code:

**51.i.** Country: United States

**52.** Date Employment Began (mm/dd/yyyy): 11/2015

### Additional Information About Beneficiary

**53.** Was the beneficiary EVER in immigration proceedings?

[X] Yes  [ ] No

**54.** If you answered "Yes," select the type of proceedings and provide the location and date of the proceedings.

[X] Removal  [ ] Exclusion/Deportation

[ ] Rescission  [ ] Other Judicial Proceedings

**55.a.** City or Town: Houston

**55.b.** State: TX

**56.** Date (mm/dd/yyyy): 03/02/2017

## Part 4. Information About Beneficiary (continued)

If the beneficiary's native written language does not use Roman letters, type or print his or her name and foreign address in their native written language.

**57.a.** Family Name (Last Name)

**57.b.** Given Name (First Name)

**57.c.** Middle Name

**58.a.** Street Number and Name

**58.b.** ☐ Apt.   ☐ Ste.   ☐ Flr.

**58.c.** City or Town

**58.d.** Province

**58.e.** Postal Code

**58.f.** Country

If filing for your spouse, provide the last address at which you physically lived together. If you never lived together, type or print, "Never lived together" in Item Number 59.a.

**59.a.** Street Number and Name   5406 Bear Hunters Dr.

**59.b.** ☐ Apt.   ☐ Ste.   ☐ Flr.

**59.c.** City or Town   Katy

**59.d.** State   TX     **59.e.** ZIP Code   77449

**59.f.** Province

**59.g.** Postal Code

**59.h.** Country   United States

**60.a.** Date From (mm/dd/yyyy)   01/16/2020

**60.b.** Date To (mm/dd/yyyy)   Present

The beneficiary is in the United States and will apply for adjustment of status to that of a lawful permanent resident at the U.S. Citizenship and Immigration Services (USCIS) office in:

**61.a.** City or Town   Houston

**61.b.** State   TX

The beneficiary will not apply for adjustment of status in the United States, but he or she will apply for an immigrant visa abroad at the U.S. Embassy or U.S. Consulate in:

**62.a.** City or Town

**62.b.** Province

**62.c.** Country

**NOTE:** Choosing a U.S. Embassy or U.S. Consulate outside the country of the beneficiary's last residence does not guarantee that it will accept the beneficiary's case for processing. In these situations, the designated U.S. Embassy or U.S. Consulate has discretion over whether or not to accept the beneficiary's case.

## Part 5. Other Information

1. Have you EVER previously filed a petition for this beneficiary or any other alien?   ☐ Yes   ☒ No

If you answered "Yes," provide the name, place, date of filing, and the result.

**2.a.** Family Name (Last Name)   N/A

**2.b.** Given Name (First Name)

**2.c.** Middle Name

**3.a.** City or Town

**3.b.** State

**4.** Date Filed (mm/dd/yyyy)

**5.** Result (for example, approved, denied, withdrawn)

If you are also submitting separate petitions for other relatives, provide the names of and your relationship to each relative.

**Relative 1**

**6.a.** Family Name (Last Name)   N/A

**6.b.** Given Name (First Name)

**6.c.** Middle Name

**7.** Relationship

## Part 5. Other Information (continued)

Relative 2

8.a. Family Name (Last Name)    N/A

8.b. Given Name (First Name)

8.c. Middle Name

9. Relationship

**WARNING:** USCIS investigates the claimed relationships and verifies the validity of documents you submit. If you falsify a family relationship to obtain a visa, USCIS may seek to have you criminally prosecuted.

**PENALTIES:** By law, you may be imprisoned for up to 5 years or fined $250,000, or both, for entering into a marriage contract in order to evade any U.S. immigration law. In addition, you may be fined up to $10,000 and imprisoned for up to 5 years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

## Part 6. Petitioner's Statement, Contact Information, Declaration, and Signature

**NOTE:** Read the **Penalties** section of the Form I-130 Instructions before completing this part.

### Petitioner's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

1.a. [X] I can read and understand English, and I have read and understand every question and instruction on this petition and my answer to every question.

1.b. [ ] The interpreter named in **Part 7.** read to me every question and instruction on this petition and my answer to every question in

_____ ,

a language in which I am fluent. I understood all of this information as interpreted.

2. [X] At my request, the preparer named in **Part 8.,**

Jonathan LAMB .

prepared this petition for me based only upon information I provided or authorized.

### Petitioner's Contact Information

3. Petitioner's Daytime Telephone Number

281-543-7809

4. Petitioner's Mobile Telephone Number (if any)

281-543-7809

5. Petitioner's Email Address (if any)

marhaleticiasolis0008@gmail.com

### Petitioner's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any of my records that USCIS may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this petition, in supporting documents, and in my USCIS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

1) I provided or authorized all of the information contained in, and submitted with, my petition;

2) I reviewed and understood all of the information in, and submitted with, my petition; and

3) All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my petition and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my petition, and that all of this information is complete, true, and correct.

### Petitioner's Signature

6.a. Petitioner's Signature (sign in ink)

*Leticia Solis-Tovar*

6.b. Date of Signature (mm/dd/yyyy)    02/12/2020

**NOTE TO ALL PETITIONERS:** If you do not completely fill out this petition or fail to submit required documents listed in the Instructions, USCIS may deny your petition.

## Part 7. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter if you used one.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)

**1.b.** Interpreter's Given Name (First Name)

**2.** Interpreter's Business or Organization Name (if any)

### Interpreter's Mailing Address

**3.a.** Street Number and Name

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town

**3.d.** State          **3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and [                    ] which is the same language provided in **Part 6., Item Number 1.b.,** and I have read to this petitioner in the identified language every question and instruction on this petition and his or her answer to every question. The petitioner informed me that he or she understands every instruction, question, and answer on the petition, including the **Petitioner's Declaration and Certification,** and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature (sign in ink)

**7.b.** Date of Signature (mm/dd/yyyy)

## Part 8. Contact Information, Declaration, and Signature of the Person Preparing this Petition, if Other Than the Petitioner

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)

LAMB

**1.b.** Preparer's Given Name (First Name)

Jonathan

**2.** Preparer's Business or Organization Name (if any)

Lamb & Turner PLLC

### Preparer's Mailing Address

**3.a.** Street Number and Name

550 Westcott Street

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr.   415

**3.c.** City or Town   Houston

**3.d.** State TX   **3.e.** ZIP Code 77007

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

United States

## Part 8. Contact Information, Declaration, and Signature of the Person Preparing this Petition, if Other Than the Petitioner (continued)

### Preparer's Contact Information

4. Preparer's Daytime Telephone Number

713-529-5025

5. Preparer's Mobile Telephone Number (if any)

6. Preparer's Email Address (if any)

info@lambimmigration.com

### Preparer's Statement

7.a. ☐ I am not an attorney or accredited representative but have prepared this petition on behalf of the petitioner and with the petitioner's consent.

7.b. ☒ I am an attorney or accredited representative and my representation of the petitioner in this case ☒ extends ☐ does not extend beyond the preparation of this petition.

NOTE: If you are an attorney or accredited representative whose representation extends beyond preparation of this petition, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this petition.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this petition at the request of the petitioner. The petitioner then reviewed this completed petition and informed me that he or she understands all of the information contained in, and submitted with, his or her petition, including the **Petitioner's Declaration and Certification,** and that all of this information is complete, true, and correct. I completed this petition based only on information that the petitioner provided to me or authorized me to obtain or use.

### Preparer's Signature

8.a. Preparer's Signature (sign in ink)

8.b. Date of Signature (mm/dd/yyyy)    02/12/2020

## Part 9. Additional Information

If you need extra space to provide any additional information within this petition, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this petition or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number,** and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name (Last Name)    SOLIS-DWIKAT

**1.b.** Given Name (First Name)    Martha

**1.c.** Middle Name    Leticia

**2.** A-Number (if any) ▶ A-  N / A

**3.a.** Page Number    2
**3.b.** Part Number    2
**3.c.** Item Number    5

**3.d.** Martha Leticia SOLIS

**4.a.** Page Number    **4.b.** Part Number    **4.c.** Item Number

**4.d.**

**5.a.** Page Number    **5.b.** Part Number    **5.c.** Item Number

**5.d.**

**6.a.** Page Number    **6.b.** Part Number    **6.c.** Item Number

**6.d.**

**7.a.** Page Number    **7.b.** Part Number    **7.c.** Item Number

**7.d.**

Form I-130  02/13/19



# Notice of Entry of Appearance
## as Attorney or Accredited Representative
### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

## Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any)

   ▶ N / A

### Name of Attorney or Accredited Representative

2.a. Family Name (Last Name)  **LAMB**

2.b. Given Name (First Name)  **Jonathan**

2.c. Middle Name  **H.**

### Address of Attorney or Accredited Representative

3.a. Street Number and Name  **550 Westcott Street**

3.b. ☐ Apt.  ☒ Ste.  ☐ Flr.  **415**

3.c. City or Town  **Houston**

3.d. State  **TX**    3.e. ZIP Code  **77007**

3.f. Province

3.g. Postal Code

3.h. Country
   **United States**

### Contact Information of Attorney or Accredited Representative

4. Daytime Telephone Number
   **713-529-5025**

5. Mobile Telephone Number (if any)

6. Email Address (if any)
   **info@lambimmigration.com**

7. Fax Number (if any)
   **832-602-2640**

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

   Licensing Authority

   **Supreme Court of Texas**

1.b. Bar Number (if applicable)

   **11837300**

1.c. I (select **only one** box) ☒ am not  ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable)

   **Lamb & Turner PLLC**

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization

   **N/A**

2.c. Date of Accreditation (mm/dd/yyyy)

3. ☐ I am associated with

   the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate

   **N/A**

---

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** [X] U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

I-130A

**2.a.** [ ] U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** [ ] U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

[X] Applicant    [ ] Petitioner    [ ] Requestor
[ ] Beneficiary/Derivative    [ ] Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)  DWIKAT

**6.b.** Given Name (First Name)  Mahmoud

**6.c.** Middle Name  Adbel Hakeem

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- 2 0 8 2 9 9 8 9 4

## Client's Contact Information

**10.** Daytime Telephone Number

832-989-9296

**11.** Mobile Telephone Number (if any)

**12.** Email Address (if any)

mahmouddweikat53@gmail.com

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name  5406 Bear Hunters Dr.

**13.b.** [ ] Apt.  [ ] Ste.  [ ] Flr.

**13.c.** City or Town  Katy

**13.d.** State  TX    **13.e.** ZIP Code  77449

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

United States

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

1.a. ☐ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

1.b. ☒ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

1.c. ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

2.a. Signature of Client or Authorized Signatory for an Entity

➡ Mahmoud

2.b. Date of Signature (mm/dd/yyyy) | 02/12/2020

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1. a. Signature of Attorney or Accredited Representative

1.b. Date of Signature (mm/dd/yyyy) | 02/12/2020

2.a. Signature of Law Student or Law Graduate

2.b. Date of Signature (mm/dd/yyyy)

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name)    DWIKAT

**1.b.** Given Name (First Name)    Mahmoud

**1.c.** Middle Name    Adbel Hakeem

**2.a.** Page Number

**2.b.** Part Number

**2.c.** Item Number

**2.d.**

**3.a.** Page Number

**3.b.** Part Number

**3.c.** Item Number

**3.d.**

**4.a.** Page Number

**4.b.** Part Number

**4.c.** Item Number

**4.d.**

**5.a.** Page Number

**5.b.** Part Number

**5.c.** Item Number

**5.d.**

**6.a.** Page Number

**6.b.** Part Number

**6.c.** Item Number

**6.d.**



# Supplemental Information for Spouse Beneficiary

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-130A**
OMB No. 1615-0012
Expires 02/28/2021

| To be completed by an attorney or accredited representative (if any). | | | |
|---|---|---|---|
| [X] **Select this box if Form G-28 is attached.** | **Volag Number** (if any) | **Attorney State Bar Number** (if applicable) <br> 11837300 | **Attorney or Accredited Representative USCIS Online Account Number** (if any) |

► **START HERE - Type or print in black ink.**

The purpose of this form is to collect additional information for a spouse beneficiary of Form I-130, Petition for Alien Relative. If your spouse is a U.S. citizen, lawful permanent resident, or non-citizen U.S. national who is filing Form I-130 on your behalf, you must complete and sign Form I-130A, Supplemental Information for Spouse Beneficiary, and submit it with the Form I-130 filed by your spouse. If you reside overseas, you still must complete Form I-130A, but you do not need to sign the form.

## Part 1. Information About You (Spouse Beneficiary)

1. Alien Registration Number (A-Number) (if any)

   ► A- 2 0 8 2 9 9 8 9 4

2. USCIS Online Account Number (if any)

   ►

### Your Full Name

3.a. Family Name (Last Name) **DWIKAT**

3.b. Given Name (First Name) **Mahmoud**

3.c. Middle Name **Adbel Hakeem**

### Address History

Provide your physical addresses for the last five years, whether inside or outside the United States. Provide your current address first. If you need extra space to complete this section, use the space provided in **Part 7. Additional Information.**

**Physical Address 1**

4.a. Street Number and Name **5406 Bear Hunters Dr.**

4.b. ☐ Apt. ☐ Ste. ☐ Flr.

4.c. City or Town **Katy**

4.d. State **TX**   4.e. ZIP Code **77449**

4.f. Province

4.g. Postal Code

4.h. Country **United States**

5.a. Date From (mm/dd/yyyy) **01/2020**

5.b. Date To (mm/dd/yyyy) **PRESENT**

**Physical Address 2**

6.a. Street Number and Name **2801 Rolido Dr.**

6.b. [X] Apt. ☐ Ste. ☐ Flr. **80**

6.c. City or Town **Houston**

6.d. State **TX**   6.e. ZIP Code **77063**

6.f. Province

6.g. Postal Code

6.h. Country **United States**

7.a. Date From (mm/dd/yyyy) **06/26/2018**

7.b. Date To (mm/dd/yyyy) **01/16/2020**

**Last Physical Address Outside the United States**

Provide your last address outside the United States of more than one year (even if listed above).

8.a. Street Number and Name **Askar Balad Ave**

8.b. ☐ Apt. ☐ Ste. ☐ Flr.

8.c. City or Town **Nablus**

8.d. Province **West Bank**

8.e. Postal Code

8.f. Country **Occupied Palestinian Territories**

## Part 1. Information About You (The Spouse Beneficiary)

**9.a.** Date From (mm/dd/yyyy) `05/1990`

**9.b.** Date To (mm/dd/yyyy) `10/2015`

### Information About Parent 1

Full Name of Parent 1

**10.a.** Family Name (Maiden Name) `DWIKAT`

**10.b.** Given Name (First Name) `Abdulhakim`

**10.c.** Middle Name

**11.** Date of Birth (mm/dd/yyyy) `12/02/1962`

**12.** Sex  [X] Male  [ ] Female

**13.** City/Town/Village of Birth `Nablus`

**14.** Country of Birth `Occupied Palestinian Territories`

**15.** City/Town/Village of Residence `Nablus`

**16.** Country of Residence `Occupied Palestinian Territories`

### Information About Parent 2

Full Name of Parent 2

**17.a.** Family Name (Last Name) `DWIKAT`

**17.b.** Given Name (First Name) `Najah`

**17.c.** Middle Name

**18.** Date of Birth (mm/dd/yyyy) `04/30/1966`

**19.** Sex  [ ] Male  [X] Female

**20.** City/Town/Village of Birth `Nablus`

**21.** Country of Birth `Occupied Palestinian Territories`

**22.** City/Town/Village of Residence `Nablus`

**23.** Country of Residence `Occupied Palestinian Territories`

## Part 2. Information About Your Employment

Provide your employment history for the last five years, whether inside or outside the United States. Provide your current employment first. If you are currently unemployed, type or print "Unemployed" in **Item Number 1.** below. If you need extra space to complete this section, use the space provided in **Part 7. Additional Information.**

### Employment History

**Employer 1**

**1.** Name of Employer/Company `First Choice Valet Parking Service`

**2.a.** Street Number and Name `6110 Richmond Ave.`

**2.b.** [ ] Apt. [ ] Ste. [ ] Flr.

**2.c.** City or Town `Houston`

**2.d.** State `TX`  **2.e.** ZIP Code `77057`

**2.f.** Province

**2.g.** Postal Code

**2.h.** Country `United States`

**3.** Your Occupation `Valet`

**4.a.** Date From (mm/dd/yyyy) `11/2015`

**4.b.** Date To (mm/dd/yyyy) `Present`

**Employer 2**

**5.** Name of Employer/Company `Self-employed`

**6.a.** Street Number and Name

**6.b.** [ ] Apt. [ ] Ste. [ ] Flr.

**6.c.** City or Town `Nablus`

**6.d.** State  **6.e.** ZIP Code

**6.f.** Province `West Bank`

**6.g.** Postal Code

**6.h.** Country `Occupied Palestinian Territories`

## Part 2. Information About Your Employment (continued)

7.  Your Occupation

Driver/Labor/Sales

8.a.  Date From (mm/dd/yyyy)    10/2014

8.b.  Date To (mm/dd/yyyy)    10/2015

## Part 3. Information About Your Employment Outside the United States

Provide your last occupation outside the United States if not shown above. If you never worked outside the United States, provide this information in the space provided in **Part 7. Additional Information**.

1.  Name of Employer/Company

N/A

2.a.  Street Number and Name

2.b.  ☐ Apt.  ☐ Ste.  ☐ Flr.

2.c.  City or Town

2.d.  State                2.e.  ZIP Code

2.f.  Province

2.g.  Postal Code

2.h.  Country

3.  Your Occupation

4.a.  Date From (mm/dd/yyyy)

4.b.  Date To (mm/dd/yyyy)

## Part 4. Spouse Beneficiary's Statement, Contact Information, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-130 and Form I-130A Instructions before completing this part.

### Spouse Beneficiary's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

1.a.  ☒ I can read and understand English, and I have read and understand every question and instruction on this form and my answer to every question.

1.b.  ☐ The interpreter named in **Part 5.** read to me every question and instruction on this form and my answer to every question in

a language in which I am fluent, and I understood everything.

2.  ☒ At my request, the preparer name in **Part 6.**,

Jonathan H. LAMB

prepared this form for me based only upon information I provided or authorized.

### Spouse Beneficiary's Contact Information

3.  Spouse Beneficiary's Daytime Telephone Number

832-989-9296

4.  Spouse Beneficiary's Mobile Telephone Number (if any)

5.  Spouse Beneficiary's Email Address (if any)

mahmouddweikat53@gmail.com

### Spouse Beneficiary's Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any of my records that USCIS may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this form, in supporting documents, and in my USCIS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

I certify, under penalty of perjury, that I provided or authorized all of the information in this form, I understand all of the information contained in, and submitted with, my form, and that all of this information is complete, true, and correct.

### Spouse Beneficiary's Signature

6.a.  Spouse Beneficiary's Signature (sign in ink)

➡ *Mahmoud.*

6.b.  Date of Signature (mm/dd/yyyy)    02/12/2020

**NOTE TO ALL SPOUSE BENEFICIARIES:** If you do not completely fill out this form or fail to submit required documents listed in the Instructions, USCIS may deny the Form I-130 filed on your behalf.

## Part 5. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter you used to complete Form I-130A if he or she is different from the interpreter used to complete the Form I-130 filed on your behalf.

### Interpreter's Full Name

1.a. Interpreter's Family Name (Last Name)

1.b. Interpreter's Given Name (First Name)

2. Interpreter's Business or Organization Name (if any)

### Interpreter's Mailing Address

3.a. Street Number and Name

3.b. ☐ Apt. ☐ Ste. ☐ Flr.

3.c. City or Town

3.d. State   3.e. ZIP Code

3.f. Province

3.g. Postal Code

3.h. Country

### Interpreter's Contact Information

4. Interpreter's Daytime Telephone Number

5. Interpreter's Mobile Telephone Number (if any)

6. Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and _____ , which is the same language provided in **Part 4., Item Number 1.b.**, and I have read to this spouse beneficiary in the identified language every question and instruction on this form and his or her answer to every question. The spouse beneficiary informed me that he or she understands every instruction, question, and answer on the form, including the **Spouse Beneficiary's Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

7.a. Interpreter's Signature (sign in ink)

7.b. Date of Signature (mm/dd/yyyy)

## Part 6. Contact Information, Declaration, and Signature of the Person Preparing this Form, if Other Than the Spouse Beneficiary

Provide the following information about the preparer you used to complete Form I-130A if he or she is different from the preparer used to complete the Form I-130 filed on your behalf.

### Preparer's Full Name

1.a. Preparer's Family Name (Last Name)

LAMB

1.b. Preparer's Given Name (First Name)

Jonathan

2. Preparer's Business or Organization Name (if any)

Lamb & Turner PLLC

### Preparer's Mailing Address

3.a. Street Number and Name   550 Westcott Street

3.b. ☐ Apt. ☒ Ste. ☐ Flr.   415

3.c. City or Town   Houston

3.d. State  TX   3.e. ZIP Code  77007

3.f. Province

3.g. Postal Code

3.h. Country   United States

## Part 6. Contact Information, Declaration, and Signature of the Person Preparing this Form, if Other Than the Spouse Beneficiary (continued)

### Preparer's Contact Information

4. Preparer's Daytime Telephone Number

713-529-5025

5. Preparer's Mobile Telephone Number (if any)

6. Preparer's Email Address (if any)

info@lambimmigration.com

### Preparer's Statement

7.a. ☐ I am not an attorney or accredited representative but have prepared this form on behalf of the spouse beneficiary and with the spouse beneficiary's consent.

7.b. ☒ I am an attorney or accredited representative and my representation of the spouse beneficiary in this case ☒ extends ☐ does not extend beyond the preparation of this form.

NOTE: If you are an attorney or accredited representative whose representation extends beyond preparation of this form, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this form.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this form at the request of the spouse beneficiary. The spouse beneficiary then reviewed this completed form and informed me that he or she understands all of the information contained in, and submitted with, his or her form, including the **Spouse Beneficiary's Certification**, and that all of this information is complete, true, and correct. I completed this form based only on information that the spouse beneficiary provided to me or authorized me to obtain or use.

### Preparer's Signature

8.a. Preparer's Signature (sign in ink)

8.b. Date of Signature (mm/dd/yyyy)   02/12/2020

Form I-130A  02/13/19

## Part 7.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name
(Last Name)  DWIKAT

**1.b.** Given Name
(First Name)  Mahmoud

**1.c.** Middle Name  Adbel Hakeem

**2.** A-Number (if any) ▶ A- 2 0 8 2 9 9 8 9 4

**3.a.** Page Number  1

**3.b.** Part Number  1

**3.c.** Item Number  6

**3.d.** 6110 Fairdale Lane , 131, Houston , TX  77057,

United States

From: 10/2015 To: 06/26/2018

**4.a.** Page Number

**4.b.** Part Number

**4.c.** Item Number

**4.d.**

**5.a.** Page Number

**5.b.** Part Number

**5.c.** Item Number

**5.d.**

**6.a.** Page Number

**6.b.** Part Number

**6.c.** Item Number

**6.d.**

**7.a.** Page Number

**7.b.** Part Number

**7.c.** Item Number

**7.d.**

STATE OF TEXAS

CERTIFICATE OF BIRTH

BIRTH NO.

**Texas Department of Health — BUREAU OF VITAL STATISTICS**

| CHILD | 1. NAME [Type or print] | [a] First | [b] Middle | [c] Last | 2. DATE OF BIRTH |
| | | MARTHA | LETICIA | SOLIS | FEBRUARY 7, 1982 |

| | 3. SEX | 4a. PLACE OF BIRTH — COUNTY | 4b. CITY OR TOWN [If outside city limits, give precinct no.] | | |
| | FEMALE | HARRIS | HOUSTON | | |
| | 4c. NAME OF HOSPITAL [If not in hospital, give street address] | | 4d. INSIDE CITY LIMITS? | 5a. THIS BIRTH-SINGLE, TWIN, TRIPLET, ETC. [Specify] | 5b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st, 2nd, 3rd [Specify] |
| | JEFFERSON DAVIS HOSPITAL | | YES | SINGLE | |

| FATHER | 6. NAME | [a] First | [b] Middle | [c] Last | |
| | 7. RACE | 8a. IS FATHER OF SPANISH ORIGIN? | | 8b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC. | |
| | 9. AGE [At time of this birth] | 10. BIRTHPLACE [State or foreign country] | 11a. USUAL OCCUPATION | 11b. KIND OF BUSINESS OR INDUSTRY | |

| MOTHER | 12. MAIDEN NAME | [a] First | [b] Middle | [c] Last | |
| | | ANA | MARIA | SOLIS | |
| | 13. RACE | 14a. IS MOTHER OF SPANISH ORIGIN? | | 14b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC. | |
| | CAUCASIAN | YES | | SALVADORIAN | |
| | 15. AGE [At time of this birth] | 16. BIRTHPLACE [State or foreign country] | 17a. USUAL OCCUPATION | 17b. KIND OF BUSINESS OR INDUSTRY | |
| | 29 | EL SALVADOR CEN. AMER. | HOMEMAKER | HOME | |
| | 18a. RESIDENCE — STATE | 18b. COUNTY | 18c. CITY OR TOWN [If outside city limits, show rural] | ZIP CODE | 18d. STREET ADDRESS [If rural, give location] | 18e. INSIDE CITY LIMITS? |
| | TEXAS | HARRIS | HOUSTON | 77022 | 8217 FULTON# 32 | YES |

| 19. Children previously born to this mother [Do NOT include this birth] | a. How many other children are now living? 0 | b. How many other children were born alive but are now dead? 0 | c. How many children were born dead after 20 weeks pregnancy? 0 | 20. INFORMANT  X Ana Maria Solis |
| 21. I hereby certify that this child was born alive on the date stated above | 22a. ATTENDANT'S SIGNATURE  M. Thompson m.s | | | 22b. ATTENDANT AT BIRTH  M.D., D.O., C.N.M., MIDWIFE, OTHER [Specify]   M.D. |
| at 9:28 A....M. | 22c. ATTENDANT'S ADDRESS  JEFFERSON DAVIS HOSPITAL HOUSTON, TEXAS | | | 22d. DATE SIGNED  FEBRUARY 7, 1982 |
| 23a. REGISTRAR'S FILE NO.  4736 | 23b. DATE REC'D BY LOCAL REGISTRAR  FEB. 26, 1982 | | 23c. SIGNATURE OF LOCAL REGISTRAR  R. S. Ward | |

STATE OF TEXAS
COUNTY OF HARRIS

CITY OF HOUSTON
BUREAU OF VITAL STATISTICS

I HEREBY CERTIFY THAT THE ABOVE IS AN EXACT COPY OF A CERTIFICATE AS FILED
IN THE BUREAU OF VITAL STATISTICS, CITY OF HOUSTON HEALTH DEPARTMENT,
HOUSTON, TEXAS, AND THAT I AM THE LEGAL CUSTODIAN OF SUCH RECORDS.

(WARNING! NOT VALID UNLESS MACHINE SIGNED IN RED AND BLACK INK,
AND THE RAISED SEAL OF THIS OFFICE AFFIXED HERETO)

R. S. WARD, REGISTRAR
BUREAU OF VITAL STATISTICS

DATE ISSUED    MAR. 30, 1982

Note: This document is a marriage license, not a marriage certificate. The State of Texas issues marriage licenses, not marriage certificates, as defined in the Texas Family Code Sec. 2.001



# MARRIAGE LICENSE



## Officer's Return

This Certifies that I have united in Marriage

### Mahmoud A Dwikat

And

### Martha Leticia Solis



01/16/2020

*on*

_____
Signature

Imam
_____
Title

Dr. Raed Alrosan
_____
Printed or Typed Name

Harris County
_____
County/State ceremony was performed

This license is not valid for seventy two (72) hours from the time of issuance and has been accompanied by Texas Department of Health material as defined by Section 2.010 of the Texas Family Code. The ceremony must be performed within ninety (90) days and witnesses are not required. This completed document must be returned to any Harris County Clerk office location for recording, regardless of where the ceremony took place. Original licenses should be returned by the officiant, in person or by mail, to Harris County Clerk's Office, P.O. Box 1525, Houston, TX 77251-1525. Upon being returned to our office, the original Marriage License will be recorded and returned to the newlyweds for safekeeping.

### Congratulations & Best Wishes!



# MARRIAGE LICENSE

*To any Person duly Authorized by the Laws of the State of Texas to Celebrate the Rites of Matrimony in the State of Texas, You are hereby authorized to conduct the Rites of Matrimony between:*

## Mahmoud A Dwikat

*And*

## Martha Leticia Solis

*and to make due return to the County Clerk of Harris County, Texas within thirty (30) days of performing the marriage, certifying your action under this license. Witness my official signature and seal of office in Harris County, Texas, at 4:01 PM, January 13, 2020.*

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

1/9/2017 12:46:43 PM
Chris Daniel - District Clerk Harris County
Envelope No. 14631056
By: Charlotte Gates
Filed: 1/9/2017 12:46:43 PM

NO. 2016-15406

P.39

EPO

6

CHNAY

APCOY

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF | § § § | IN THE DISTRICT COURT |
| LETICIA GILES AND JOSHUA BEN GILES | § § § § | 247TH JUDICIAL DISTRICT |
| AND IN THE INTEREST OF A.G., A CHILD | § § § § § | HARRIS COUNTY, TEXAS |

## AGREED FINAL DECREE OF DIVORCE

On __1·12·17__ the Court heard this case.

*Appearances*

Petitioner, Martha Leticia Giles, appeared in person and through attorney of record, S. H. Rajabian, and announced ready for trial.

Respondent, Joshua Ben Giles, has made a general appearance and has agreed to the terms of this judgment to the extent permitted by law, as evidenced by Respondent's signature below.

*Record*

The making of a record of testimony was waived by the parties with the consent of the Court.

*Jurisdiction and Domicile*

The Court finds that the pleadings of Petitioner are in due form and contain all the allegations, information, and prerequisites required by law. The Court, after receiving evidence, finds that it has jurisdiction of this case and of all the parties and that at least sixty days have

Giles v. Giles –Agreed Final Decree of Divorce

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

elapsed since the date the suit was filed.

The Court further finds that, at the time this suit was filed, Petitioner had been a domiciliary of Texas for the preceding six-month period and a resident of the county in which this suit was filed for the preceding ninety-day period. All persons entitled to citation were properly cited.

*Jury*

A jury was waived, and questions of fact and of law were submitted to the Court.

*Agreement of Parties*

The Court finds that the parties have entered into a written agreement as contained in this decree by virtue of having approved this decree as to both form and substance. To the extent permitted by law, the parties stipulate the agreement is enforceable as a contract. The Court approves the agreement of the parties as contained in this Final Decree of Divorce.

The agreements in this Final Decree of Divorce were reached in mediation with Jane Joseph on December 06, 2016. This Final Decree of Divorce is stipulated to represent a merger of a mediated settlement agreement between the parties. This agreement represents a full and final resolution of all issues between parties. To the extent there exist any differences between the mediated settlement agreement and this Final Decree of Divorce, this Final Decree of Divorce shall control in all instances.

All general terms and provisions shall be as per the Texas Family Code.

Any drafting disputes based on this Agreement shall be resolved by language in the Texas Family Law Practice Manual.

Both parties agree to sign all documents necessary to effectuate this agreement.

Each party states that he/she understand this Agreement and understands that it is binding

Giles v. Giles –Agreed Final Decree of Divorce

Certified Document    Number: 73491886 - Page 2 of 39

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

on him or her.

*Divorce*

IT IS ORDERED AND DECREED that Martha Leticia Giles, Petitioner, and Joshua Ben Giles, Respondent, are divorced and that the marriage between them is dissolved on the ground of insupportability.

*Child of the Marriage*

The Court finds that Petitioner and Respondent are the parents of the following child:

Name: Andrew Giles

   Sex:   Male

   Birth date:   xx/xx/2006

   Home state:   Texas

   Social Security number:   xxx-xx-x406

   Driver's license number and issuing state:   none, n/a

   The Court finds no other Child of the marriage are expected.

*Parenting Plan*

The Court finds that the provisions in this decree relating to the rights and duties of the parties with relation to the Child, possession of and access to the Child, child support, and optimizing the development of a close and continuing relationship between each party and the child constitute the parties' agreed parenting plan.

*Conservatorship*

The Court, having considered the circumstances of the parents and of the Child, finds that the following orders are in the best interest of the Child.

IT IS ORDERED that Martha Leticia Giles, and Joshua Ben Giles are appointed Joint

*Giles v. Giles –Agreed Final Decree of Divorce*

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-8F931A7AD58A

Managing Conservators of the following child:   Andrew Giles.

IT IS ORDERED that, at all times, Martha Leticia Giles, as a parent joint managing conservator, shall have the following rights:

1.    the right to receive information from any other conservator of the child concerning the health, education, and welfare of the child;

2.    the right to confer with the other parent to the extent possible before making a decision concerning the health, education, and welfare of the child;

3.    the right of access to medical, dental, psychological, and educational records of the child;

4.    the right to consult with a physician, dentist, or psychologist of the child;

5.    the right to consult with school officials concerning the child's welfare and educational status, including school activities;

6.    the right to attend school activities;

7.    the right to be designated on the child's records as a person to be notified in case of an emergency;

8.    the right to consent to medical, dental, and surgical treatment during an emergency involving an immediate danger to the health and safety of the child; and

9.    the right to manage the estates of the child to the extent the estates have been created by the parent or the parent's family.

IT IS ORDERED that, at all times, Joshua Giles, as a parent joint managing conservator, shall have the following rights:

1.    the right to receive information from any other conservator of the child concerning the health, education, and welfare of the child;

2.    the right to confer with the other parent to the extent possible before making a decision concerning the health, education, and welfare of the child;

3.    the right of access to medical, dental, psychological, and educational records of the child;

4.    the right to consult with a physician, dentist, or psychologist of the child;

Giles v. Giles – Agreed Final Decree of Divorce

Certified Document    Number: 73491886 - Page 4 of 39

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

5.    the right to consult with school officials concerning the child's welfare and educational status, including school activities;

6.    the right to attend school activities;

7.    the right to be designated on the child's records as a person to be notified in case of an emergency;

8.    the right to consent to medical, dental, and surgical treatment during an emergency involving an immediate danger to the health and safety of the child; and

9.    the right to manage the estates of the child to the extent the estates have been created by the parent or the parent's family.

IT IS ORDERED that, at all times, Martha Leticia Giles, and Joshua Giles, as parent joint managing conservators, shall each have the following duties:

1.    the duty to inform the other conservator of the child in a timely manner of significant information concerning the health, education, and welfare of the child; and

2.    the duty to inform the other conservator of the child if the conservator resides with for at least thirty days, marries, or intends to marry a person who the conservator knows is registered as a sex offender under chapter 62 of the Code of Criminal Procedure or is currently charged with an offense for which on conviction the person would be required to register under that chapter. IT IS ORDERED that this information shall be tendered in the form of a notice made as soon as practicable, but not later than the fortieth day after the date the conservator of the child begins to reside with the person or on the tenth day after the date the marriage occurs, as appropriate. IT IS ORDERED that the notice must include a description of the offense that is the basis of the person's requirement to register as a sex offender or of the offense with which the person is charged.    WARNING:    A CONSERVATOR COMMITS AN OFFENSE PUNISHABLE AS A CLASS C MISDEMEANOR IF THE CONSERVATOR FAILS TO PROVIDE THIS NOTICE.

IT IS ORDERED that, during her periods of possession, Martha Leticia Giles, as parent joint managing conservator, shall have the following rights and duties:

1.    the duty of care, control, protection, and reasonable discipline of the child;

2.    the duty to support the child, including providing the child with clothing, food, shelter, and medical and dental care not involving an invasive procedure;

3.    the right to consent for the child to medical and dental care not involving an

Giles v. Giles – Agreed Final Decree of Divorce

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

invasive procedure; and

4.    the right to direct the moral and religious training of the child.

IT IS ORDERED that, during his periods of possession, Joshua Giles, as parent joint managing conservator, shall have the following rights and duties:

1.    the duty of care, control, protection, and reasonable discipline of the child;

2.    the duty to support the child, including providing the child with clothing, food, shelter, and medical and dental care not involving an invasive procedure;

3.    the right to consent for the child to medical and dental care not involving an invasive procedure; and

4.    the right to direct the moral and religious training of the child.

IT IS ORDERED that Martha Leticia Giles, as a parent joint managing conservator, shall have the following rights and duty:

1.    the exclusive right to determine residence/domicile of the child to be limited to Harris County and contiguous counties, Texas until December 6, 2018. If Joshua Giles does not live within Harris County and contiguous counties at least 80% of the time by December 6, 2018 then all geographic restrictions on the residence of the child shall be lifted.

2.    the exclusive right, after conferring with Joshua Giles, to consent to medical, dental, and surgical treatment involving invasive procedures;

3.    the exclusive right, after conferring with Joshua Giles, to consent to psychiatric and psychological treatment of the child;

4.    the independent right to receive and give receipt for periodic payments for the support of the child and to hold or disburse these funds for the benefit of the child;

5.    subject to the agreement of the other conservator, the right to represent the child in legal action and to make other decisions of substantial legal significance concerning the child;

6.    subject to the agreement of the other conservator, the right to consent to marriage and to enlistment in the armed forces of the United States;

7.    the exclusive right to make decisions concerning the child's education;

8.    except as provided by section 264.0111 of the Texas Family Code, subject to the

Giles v. Giles –Agreed Final Decree of Divorce

Certified Document    Number: 73491886 - Page 6 of 39

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

agreement of the other conservator, the right to the services and earnings of the child;

9.    except when a guardian of the child's estates or a guardian or attorney ad litem has been appointed for the child, subject to the agreement of the other conservator, the right to act as an agent of the child in relation to the child's estates if the child's action is required by a state, the United States, or a foreign government; and

10.    the independent duty to manage the estates of the child to the extent the estates have been created by community property or the joint property of the parent.

IT IS ORDERED that Joshua Giles, as a parent joint managing conservator, shall have the following rights and duty:

1.    the right to be consulted by Martha Leticia Giles before she consents to medical, dental, and surgical treatment involving invasive procedures;

2.    the right to be consulted by Martha Leticia Giles before she consents to psychiatric and psychological treatment of the child;

3.    the independent right to receive and give receipt for periodic payments for the support of the child and to hold or disburse these funds for the benefit of the child;

4.    subject to the agreement of the other conservator, the right to represent the child in legal action and to make other decisions of substantial legal significance concerning the child;

5.    subject to the agreement of the other conservator, the right to consent to marriage and to enlistment in the armed forces of the United States;

6.    except as provided by section 264.0111 of the Texas Family Code, subject to the agreement of the other conservator, the right to the services and earnings of the child;

7.    except when a guardian of the child's estates or a guardian or attorney ad litem has been appointed for the child, subject to the agreement of the other conservator, the right to act as an agent of the child in relation to the child's estates if the child's action is required by a state, the United States, or a foreign government; and

8.    the independent duty to manage the estates of the child to the extent the estates have been created by community property or the joint property of the parents.

The Court finds that, in accordance with section 153.001 of the Texas Family Code, it is the public policy of Texas to assure that child will have frequent and continuing contact with parents who have shown the ability to act in the best interest of the child, to provide a safe,

Giles v. Giles – Agreed Final Decree of Divorce

Certified Docur(    Number: 73491886 - Page 7 of 39

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

stable, and nonviolent environment for the child, and to encourage parents to share in the rights and duties of raising their child after the parents have separated or dissolved their marriage. IT IS ORDERED that the primary residence of the child shall be Harris County, Texas and counties contiguous thereto, and the parties shall not remove the child from Harris County, Texas and counties contiguous thereto for the purpose of changing the primary residence of the child until modified by further order of the court of continuing jurisdiction or by written agreement signed by the parties and filed with the court.

IT IS FURTHER ORDERED that Martha Leticia Giles shall have the exclusive right to designate the child's primary residence within Harris County, Texas and counties contiguous thereto.

IT IS FURTHER ORDERED that this geographic restriction on the residence of the child shall be lifted on December 6, 2018, if Joshua Ben Giles has not resided in Harris County, Texas and counties contiguous thereto at least 80% of the time by December 6, 2018.

*Possession and Access*

1.    *Standard Possession Order*

IT IS ORDERED that each conservator shall comply with all terms and conditions of this Standard Possession Order. IT IS ORDERED that this Standard Possession Order is effective immediately and applies to all periods of possession occurring on and after the date the Court signs this Standard Possession Order. IT IS, THEREFORE, ORDERED:

(a)    Definitions

1.    In this Standard Possession Order "school" means the primary or secondary school in which the child is enrolled or, if the child is not enrolled in a primary or secondary school, the public school district in which the child primarily resides.

2.    In this Standard Possession Order "child" includes each child, whether one or more, who is a subject of this suit while that child is under the age

Giles v. Giles –Agreed Final Decree of Divorce

Certified Docur    Number: 73491886 - Page 8 of 39

DocuSign Envelope ID: B97E712F-8E84-49C9-BB8E-8F931A7AD58A

of eighteen years and not otherwise emancipated.

(b)     Mutual Agreement or Specified Terms for Possession

IT IS ORDERED that the conservators shall have possession of the child at times mutually agreed to in advance by the parties, and, in the absence of mutual agreement, it is ORDERED that the conservators shall have possession of the child under the specified terms set out in this Standard Possession Order.

(c)     at least fourteen (14) days prior to any period of possession Joshua Ben Giles intends to exercise, he shall notify Martha Leticia Giles through "OurFamilyWizard" that he will be exercising that upcoming period of possession. If Joshua Ben Giles does not do so, then Martha Leticia Giles shall not be expected to turn the child over to Joshua Ben Giles for that upcoming period of possession.

(d)     Parents Who Reside 100 Miles or Less Apart

Except as otherwise expressly provided in this Standard Possession Order, when Joshua Giles resides 100 miles or less from the primary residence of the child, Joshua Giles shall have the right to possession of the child as follows:

1.     Weekends –

On weekends that occur during the regular school term, beginning at 6:00 p.m., on the first, third, and fifth Friday of each month and ending at 6:00 p.m. on the following Sunday.

On weekends that do not occur during the regular school term, beginning at 6:00 p.m., on the first, third, and fifth Friday of each month and ending at 6:00 p.m. on the following Sunday.

2.     Weekend Possession Extended by a Holiday –

Except as otherwise expressly provided in this Standard Possession Order, if a weekend period of possession by Joshua Giles begins on a student holiday or a teacher in-service day that falls on a Friday during the regular school term, as determined by the school in which the child is enrolled, or a federal, state, or local holiday that falls on a Friday during the summer months when school is not in session, that weekend period of possession shall begin at 6:00 p.m. on the immediately preceding Thursday.

Except as otherwise expressly provided in this Standard Possession Order, if a weekend period of possession by Joshua Giles ends on or is immediately followed by a student holiday or a teacher in-service day that falls on a Monday

Giles v. Giles –Agreed Final Decree of Divorce

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-8F931A7AD58A

during the regular school term, as determined by the school in which the child is enrolled, or a federal, state, or local holiday that falls on a Monday during the summer months when school is not in session, that weekend period of possession shall end at 6:00 p.m. on that Monday.

3.    Thursdays - On Thursday of each week during the regular school term, beginning at 6:00 p.m. and ending at 8:00 p.m.

4.    Spring Vacation in Even-Numbered Years - In even-numbered years, beginning at 6:00 p.m. on the day the child is dismissed from school for the school's spring vacation and ending at 6:00 p.m. on the day before school resumes after that vacation.

5.    Extended Summer Possession by Joshua Giles –

With Written Notice by April 1 - If Joshua Giles gives Martha Leticia Giles written notice by April 1 of a year specifying an extended period or periods of summer possession for that year, Joshua Giles shall have possession of the child for thirty days beginning no earlier than the day after the child's school is dismissed for the summer vacation and ending no later than seven days before school resumes at the end of the summer vacation in that year, to be exercised in no more than two separate periods of at least seven consecutive days each, with each period of possession beginning and ending at 6:00 p.m on each applicable day, as specified in the written notice. These periods of possession shall begin and end at 6:00 p.m. on each applicable day.

Without Written Notice by April 1 - If Joshua Giles does not give Martha Leticia Giles written notice by April 1 of a year specifying an extended period or periods of summer possession for that year, Joshua Giles shall have possession of the child for thirty consecutive days in that year beginning at 6:00 p.m. on July 1 and ending at 6:00 p.m. on July 31.

Notwithstanding the Thursday periods of possession during the regular school term and the weekend periods of possession ORDERED for Joshua Giles, it is expressly ORDERED that Martha Leticia Giles shall have a superior right of possession of the child as follows:

1.    Spring Vacation in Odd-Numbered Years - In odd-numbered years, beginning at 6:00 p.m. on the day the child is dismissed from school for the school's spring vacation and ending at 6:00 p.m. on the day before school resumes after that vacation.

2.    Summer Weekend Possession by Martha Leticia Giles - If Martha Leticia Giles gives Joshua Giles written notice by April 15 of a year, Martha Leticia Giles shall have possession of the child on any one weekend beginning at

*Giles v. Giles –Agreed Final Decree of Divorce*

Certified Docun/  Number: 73491886 - Page 10 of 39

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

6:00 p.m. on Friday and ending at 6:00 p.m. on the following Sunday during any one period of the extended summer possession by Joshua Giles in that year, provided that Martha Leticia Giles picks up the child from Joshua Giles and returns the child to that same place and that the weekend so designated does not interfere with Father's Day possession.

3.    Extended Summer Possession by Martha Leticia Giles - If Martha Leticia Giles gives Joshua Giles written notice by April 15 of a year or gives Joshua Giles fourteen days' written notice on or after April 16 of a year, Martha Leticia Giles may designate one weekend beginning no earlier than the day after the child's school is dismissed for the summer vacation and ending no later than seven days before school resumes at the end of the summer vacation, during which an otherwise scheduled weekend period of possession by Joshua Giles shall not take place in that year, provided that the weekend so designated does not interfere with Joshua Giles's period or periods of extended summer possession or with Father's Day possession.

(e)    Parents Who Reside More Than 100 Miles Apart

Except as otherwise expressly provided in this Standard Possession Order, when Joshua Giles resides more than 100 miles from the residence of the child, Joshua Giles shall have the right to possession of the child as follows:

1.    Weekends - Unless Joshua Giles elects the alternative period of weekend possession described in the next paragraph, Joshua Giles shall have the right to possession of the child on weekends that occur during the regular school term, beginning at 6:00 p.m., on the first, third, and fifth Friday of each month and ending at 6:00 p.m. on the following Sunday, and on weekends that do not occur during the regular school term, beginning at 6:00 p.m. on the first, third and fifth Friday of each month and ending at 6:00 p.m. on the following Sunday.

Alternate Weekend Possession - In lieu of the weekend possession described in the foregoing paragraph, Joshua Giles shall have the right to possession of the child not more than one weekend per month of Joshua Giles's choice beginning at 6:00 p.m. on the day school recesses for the weekend and ending at 6:00 p.m. on the day before school resumes after the weekend. Joshua Giles may elect an option for this alternative period of weekend possession by giving written notice to Martha Leticia Giles within ninety days after the parties begin to reside more than 100 miles apart. If Joshua Giles makes this election, Joshua Giles shall give Martha Leticia Giles fourteen days' written or telephonic notice preceding a designated weekend. The weekends chosen shall not conflict with the provisions regarding Christmas, Thanksgiving, the child's birthday, and Mother's Day possession below.

2.    Weekend Possession Extended by a Holiday –

Giles v. Giles—Agreed Final Decree of Divorce

DocuSign Envelope ID: B97E712F-8E84-49C9-BB8E-BF931A7AD58A

Except as otherwise expressly provided in this Standard Possession Order, if a weekend period of possession by Joshua Giles begins on a student holiday or a teacher in-service day that falls on a Friday during the regular school term, as determined by the school in which the child is enrolled, or a federal, state, or local holiday during the summer months when school is not in session, that weekend period of possession shall begin at 6:00 p.m. on the immediately preceding Thursday

Except as otherwise expressly provided in this Standard Possession Order, if a weekend period of possession by Joshua Giles ends on or is immediately followed by a student holiday or a teacher in-service day that falls on a Monday during the regular school term, as determined by the school in which the child is enrolled, or a federal, state, or local holiday that falls on a Monday during the summer months when school is not in session, that weekend period of possession shall end at 6:00 p.m. on that Monday.

3.      Spring Vacation in All Years - Every year, beginning at 6:00 p.m. on the day the child is dismissed from school for the school's spring vacation and ending at 6:00 p.m. on the day before school resumes after that vacation.

4.      Extended Summer Possession by Joshua Giles –

With Written Notice by April 1 - If Joshua Giles gives Martha Leticia Giles written notice by April 1 of a year specifying an extended period or periods of summer possession for that year, Joshua Giles shall have possession of the child for forty-two days beginning no earlier than the day after the child's school is dismissed for the summer vacation and ending no later than seven days before school resumes at the end of the summer vacation in that year, to be exercised in no more than two separate periods of at least seven consecutive days each, with each period of possession beginning and ending at 6:00 p.m. on each applicable day, as specified in the written notice. These periods of possession shall begin and end at 6:00 p.m. on each applicable day.

Without Written Notice by April 1 - If Joshua Giles does not give Martha Leticia Giles written notice by April 1 of a year specifying an extended period or periods of summer possession for that year, Joshua Giles shall have possession of the child for forty-two consecutive days beginning at 6:00 p.m. on June 15 and ending at 6:00 p.m. on July 27 of that year.

Notwithstanding the weekend periods of possession ORDERED for Joshua Giles, it is expressly ORDERED that Martha Leticia Giles shall have a superior right of possession of the child as follows:

1.      Summer Weekend Possession by Martha Leticia Giles   - If Martha Leticia Giles   gives Joshua Giles written notice by April 15 of a year, Martha

Giles v. Giles – Agreed Final Decree of Divorce

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

Leticia Giles shall have possession of the child on any one weekend beginning at 6:00 p.m. on Friday and ending at 6:00 p.m. on the following Sunday during any one period of possession by Joshua Giles during Joshua Giles's extended summer possession in that year, provided that if a period of possession by Joshua Giles in that year exceeds thirty days, Martha Leticia Giles may have possession of the child under the terms of this provision on any two nonconsecutive weekends during that period and provided that Martha Leticia Giles picks up the child from Joshua Giles and returns the child to that same place and that the weekend so designated does not interfere with Father's Day possession.

2.    Extended Summer Possession by Martha Leticia Giles - If Martha Leticia Giles gives Joshua Giles written notice by April 15 of a year, Martha Leticia Giles may designate twenty-one days beginning no earlier than the day after the child's school is dismissed for the summer vacation and ending no later than seven days before school resumes at the end of the summer vacation in that year, to be exercised in no more than two separate periods of at least seven consecutive days each, during which Joshua Giles shall not have possession of the child, provided that the period or periods so designated do not interfere with Joshua Giles's period or periods of extended summer possession or with Father's Day possession. These periods of possession shall begin and end at 6:00 p.m. on each applicable day.

(f)    Holidays Unaffected by Distance

Notwithstanding the weekend and Thursday periods of possession of Joshua Giles, Martha Leticia Giles and Joshua Giles shall have the right to possession of the child as follows:

1.    Christmas Holidays in Even-Numbered Years - In even-numbered years, Joshua Giles shall have the right to possession of the child beginning at 6:00 p.m. on the day the child is dismissed from school for the Christmas school vacation and ending at noon on December 28, and Martha Leticia Giles shall have the right to possession of the child beginning at noon on December 28 and ending at 6:00 p.m. on the day before school resumes after that Christmas school vacation.

2.    Christmas Holidays in Odd-Numbered Years - In odd-numbered years, Martha Leticia Giles shall have the right to possession of the child beginning at 6:00 p.m. on the day the child is dismissed from school for the Christmas school vacation and ending at noon on December 28, and Joshua Giles shall have the right to possession of the child beginning at noon on December 28 and ending at 6:00 p.m. on the day before school resumes after that Christmas school vacation.

3.    Thanksgiving in Odd-Numbered Years - In odd-numbered years,

Giles v. Giles –Agreed Final Decree of Divorce

DocuSign Envelope ID: 897E712F-9E84-49C9-BB8E-BF931A7AD58A

Joshua Giles shall have the right to possession of the child beginning at 6:00 p.m. on the day the child is dismissed from school for the Thanksgiving holiday and ending at 6:00 p.m. on the Sunday following Thanksgiving.

4. Thanksgiving in Even-Numbered Years - In even-numbered years, Martha Leticia Giles shall have the right to possession of the child beginning at 6:00 p.m. on the day the child is dismissed from school for the Thanksgiving holiday and ending at 6:00 p.m. on the Sunday following Thanksgiving.

5. Child's Birthday - If a parent is not otherwise entitled under this Standard Possession Order to present possession of a child on the child's birthday, that parent shall have possession of the child beginning at 6:00 p.m. and ending at 8:00 p.m. on that day, provided that that parent picks up the child from the other parent's residence and returns the child to that same place.

6. Father's Day — Joshua Giles shall have the right to possession of the child each year, beginning at 6:00 p.m. on the Friday preceding Father's Day and ending at 6:00 p.m. on Father's Day, provided that if Joshua Giles is not otherwise entitled under this Standard Possession Order to present possession of the child, he shall pick up the child from Martha Leticia Giles' residence and return the child to that same place.

7. Mother's Day - Martha Leticia Giles shall have the right to possession of the child each year, beginning at 6:00 p.m. on the Friday preceding Mother's Day and ending at 6:00 p.m. on Mother's Day, provided that if Martha Leticia Giles is not otherwise entitled under this Standard Possession Order to present possession of the child, she shall pick up the child from Joshua Giles's residence and return the child to that same place.

(g)     Undesignated Periods of Possession

Martha Leticia Giles shall have the right of possession of the child at all other times not specifically designated in this Standard Possession Order for Joshua Giles.

(h)     General Terms and Conditions

Except as otherwise expressly provided in this Standard Possession Order, the terms and conditions of possession of the child that apply regardless of the distance between the residence of a parent and the child are as follows:

1. Surrender of Child by Martha Leticia Giles - Martha Leticia Giles is ORDERED to surrender the child to Joshua Giles at the beginning of each period of Joshua Giles's possession at the residence of Martha Leticia Giles.

Giles v. Giles—Agreed Final Decree of Divorce

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

2.      Return of Child by Joshua Giles – Joshua Giles is ORDERED to return the child to the residence of Martha Leticia Giles at the end of each period of possession. However, it is ORDERED that, if Martha Leticia Giles and Joshua Giles live in the same county at the time of rendition of this order, Joshua Giles's county of residence remains the same after rendition of this order, and Martha Leticia Giles' county of residence changes, effective on the date of the change of residence by Martha Leticia Giles, Joshua Giles shall surrender the child to Martha Leticia Giles at the residence of Joshua Giles at the end of each period of possession.

3.      Surrender of Child by Joshua Giles – Joshua Giles is ORDERED to surrender the child to Martha Leticia Giles, if the child is in Joshua Giles' possession or subject to Joshua Giles's control, at the beginning of each period of Martha Leticia Giles' exclusive periods of possession, at the place designated in this Standard Possession Order.

4.      Return of Child by Martha Leticia Giles - Martha Leticia Giles is ORDERED to return the child to Joshua Giles, if Joshua Giles is entitled to possession of the child, at the end of each of Martha Leticia Giles' exclusive periods of possession, at the place designated in this Standard Possession Order.

5.      Personal Effects - Each conservator is ORDERED to return with the child the personal effects that the child brought at the beginning of the period of possession.

6.      Designation of Competent Adult - Each conservator may designate any competent adult to pick up and return the child, as applicable. IT IS ORDERED that a conservator or a designated competent adult be present when the child is picked up or returned.

7.      Inability to Exercise Possession - Each conservator is ORDERED to give notice to the person in possession of the child on each occasion that the conservator will be unable to exercise that conservator's right of possession for any specified period.

8.      Written Notice - Written notice, including notice provided by electronic mail or facsimile, shall be deemed to have been timely made if received or, if applicable, postmarked before or at the time that notice is due. Each conservator is ORDERED to notify the other conservator of any change in the conservator's electronic mail address or facsimile number within twenty-four hours after the change.

9.      Each party shall, at all times, provide the other with his/her current telephone number. Joshua Ben Giles' current number is: 713-298-8216. Martha Leticia Giles' current number is: 281-543-7809.

Giles v. Giles –Agreed Final Decree of Divorce

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

Both parties shall maintain working telephone answering machines, voice mail, or call notes that are able to accept calls.

The party not in possession of the child shall have the right to contact the child by telephone up to one time on Monday, Wednesday, and Friday at 6:00 p.m. in the time zone which the child is located. If the child is unavailable to speak on the telephone and if the calling party leaves a message, the party in possession of the child shall have the child return the call to the calling party prior to the child going to bed that night.

The party in possession of the child shall have "Skype" of "Facetime" available for the child to communicate with the other party.

This concludes the Standard Possession Order.

*International Travel*

Each party is ORDERED to provide the other party appropriate written authorization, within ten days after written request is received, as is necessary to allow the child to travel with the other party beyond the territorial limits of the United States. The parties are ORDERED to exchange passports as is necessary to allow such travel. Neither party shall ever take the child to any country or party of a country that the United States State Department recommends against for travel.

2.    *Duration*

The periods of possession ordered above apply to the child the subject of this suit while that child is under the age of eighteen years and not otherwise emancipated.

3.    *Noninterference with Possession*

Except as expressly provided herein, IT IS ORDERED that neither conservator shall take possession of the child during the other conservator's period of possession unless there is a prior written agreement signed by both conservators or in case of an emergency.

4.    *Termination of Orders*

Giles v. Giles –Agreed Final Decree of Divorce

Certified Document Number: 73491886 - Page 16 of 39

DocuSign Envelope ID: B97E712F-9E84-49C9-B88E-BF931A7AD58A

The provisions of this decree relating to conservatorship, possession, or access terminate on the remarriage of Martha Leticia Giles to Joshua Giles unless a nonparent or agency has been appointed conservator of the child under chapter 153 of the Texas Family Code.

*Child Support*

IT IS ORDERED that Joshua Ben Giles is obligated to pay and shall pay to Martha Leticia Giles child support of one thousand five hundred dollars ($1,500.00) per month. Seven hundred fifty dollars ($750.00) is due and payable on the 1st day of each month and a like payment being due and payable on the 1st day each month thereafter with the first payment being due and payable on January 01, 2017. An additional seven hundred fifty dollars ($750.00) is due and payable on the 15th day of each month and a like payment being due and payable on the 15th day of each month thereafter, with the first payment being due and payable on December 15, 2016 until the date of the earliest occurrence of one of the events specified below:

1.    the child reaches the age of eighteen years or graduates from high school, whichever occurs later, subject to the provisions for support beyond the age of eighteen years set out below;

2.    the child marries;

3.    the child dies;

4.    the child enlists in the armed forces of the United States and begins active service as defined by section 101 of title 10 of the United States Code.

If the child is eighteen years of age and has not graduated from high school, IT IS ORDERED that Joshua Ben Giles's obligation to pay child support to Martha Leticia Giles shall not terminate but shall continue for as long as the child is enrolled-

*Giles v. Giles – Agreed Final Decree of Divorce*

Page 17 of 39

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

1. under chapter 25 of the Texas Education Code in an accredited secondary school in a program leading toward a high school diploma or under section 130.008 of the Education Code in courses for joint high school and junior college credit and is complying with the minimum attendance requirements of subchapter C of chapter 25 of the Education Code or

2. on a full-time basis in a private secondary school in a program leading toward a high school diploma and is complying with the minimum attendance requirements imposed by that school.

Withholding from Earnings

IT IS ORDERED that any employer of Joshua Ben Giles shall be ordered to withhold from earnings for child support from the disposable earnings of Joshua Ben Giles for the support of Andrew Giles.

IT IS FURTHER ORDERED that all amounts withheld from the disposable earnings of Joshua Giles by the employer and paid in accordance with the order to that employer shall constitute a credit against the child support obligation. Payment of the full amount of child support ordered paid by this decree through the means of withholding from earnings shall discharge the child support obligation. If the amount withheld from earnings and credited against the child support obligation is less than 100 percent of the amount ordered to be paid by this decree, the balance due remains an obligation of Joshua Ben Giles, and it is hereby ORDERED that Joshua Ben Giles pay the balance due directly to the state disbursement unit specified below.

On this date the Court authorized the issuance of an Income Withholding for Support.

Payment

IT IS ORDERED that all payments shall be made through the state disbursement unit at

Giles v. Giles –Agreed Final Decree of Divorce

Page 18 of 39

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

Texas Child Support Disbursement Unit, P.O. Box 659791, San Antonio, Texas 78265-9791, and thereafter promptly remitted to Martha Leticia Giles for the support of the child. IT IS ORDERED that each party shall pay, when due, all fees charged to that party by the state disbursement unit and any other agency statutorily authorized to charge a fee.

### Change of Employment

IT IS FURTHER ORDERED that Joshua Ben Giles shall notify this Court and Martha Leticia Giles by U.S. certified mail, return receipt requested, of any change of address and of any termination of employment. This notice shall be given no later than seven days after the change of address or the termination of employment. This notice or a subsequent notice shall also provide the current address of Joshua Ben Giles and the name and address of his current employer, whenever that information becomes available.

### Clerk's Duties

IT IS ORDERED that, on the request of a prosecuting attorney, the title IV-D agency, the friend of the Court, a domestic relations office, Martha Leticia Giles, Joshua Ben Giles, or an attorney representing Martha Leticia Giles or Joshua Ben Giles, the clerk of this Court shall cause a certified copy of the Income Withholding for Support to be delivered to any employer.

### Suspension of Withholding from Earnings

The Court finds that the parties have agreed that no order to withhold from earnings for child support should be delivered to any employer of Joshua Ben Giles as long as no delinquency or other violation of this child support order occurs and as long as the Office of the Attorney General Child Support Division is not providing services to Martha Leticia Giles. For the purpose of this provision, a delinquency has occurred if Joshua Ben Giles has been in arrears for an amount due for more than thirty days or the amount of the arrearages equals or is greater than

Giles v. Giles —Agreed Final Decree of Divorce

Certified Docun ( Number: 73491886 - Page 19 of 39

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

the amount due for a one-month period. If a delinquency or other violation occurs or if the Office of the Attorney General Child Support Division begins providing services to Martha Leticia Giles, the clerk shall deliver the order to withhold earnings as provided above.

ACCORDINGLY, IT IS ORDERED that, as long as no delinquency or other violation of this child support order occurs and as long as the Office of the Attorney General Child Support Division is not providing services to Martha Leticia Giles, all payments shall be made through the state disbursement unit and thereafter promptly remitted to Martha Leticia Giles for the support of the child. If a delinquency or other violation occurs or if the Office of the Attorney General Child Support Division begins providing services to Martha Leticia Giles, all payments shall be made in accordance with the order to withhold earnings as provided above.

*Health Care*

1.    IT IS ORDERED that Martha Leticia Giles and Joshua Ben Giles shall each provide medical support for each child as set out in this order as additional child support for as long as the Court may order Martha Leticia Giles and Joshua Ben Giles to provide support for the child under sections 154.001 and 154.002 of the Texas Family Code. Beginning on the day Martha Leticia Giles and Joshua Ben Giles's actual or potential obligation to support a child under sections 154.001 and 154.002 of the Family Code terminates, IT IS ORDERED that Martha Leticia Giles and Joshua Ben Giles are discharged from the obligations set forth in this medical support order with respect to that child, except for any failure by a parent to fully comply with those obligations before that date.

2.    Definitions –

"Health Insurance" means insurance coverage that provides basic health-care services, including usual physician services, office visits, hospitalization, and laboratory, X-ray, and

*Giles v. Giles – Agreed Final Decree of Divorce*

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

emergency services, that may be provided through a health maintenance organization or other private or public organization, other than medical assistance under chapter 32 of the Texas Human Resources Code.

"Reasonable cost" means the total cost of health insurance coverage for the child for which Joshua Ben Giles is responsible under a medical support order .that does not exceed 9 percent of Joshua Ben Giles's annual resources, as described by section 154.062(b) of the Texas Family Code.

"Reasonable and necessary health-care expenses not paid by insurance and incurred by or on behalf of a child" include, without limitation, any copayments for office visits or prescription drugs, the yearly deductible, if any, and medical, surgical, prescription drug, mental health-care services, dental, eye care, ophthalmological, and orthodontic charges. These reasonable and necessary health-care expenses do not include expenses for travel to and from the health-care provider or for nonprescription medication.

"Furnish" means -

     a.     to hand deliver the document by a person eighteen years of age or older either to the recipient or to a person who is eighteen years of age or older and permanently resides with the recipient;

     b.     to deliver the document to the recipient by certified mail, return receipt requested, to the recipient's last known mailing or residence address;

     c.     to deliver the document to the recipient at the recipient's last known mailing or residence address using any person or entity whose principal business is that of a courier or deliverer of papers or documents either within or outside the United States; or

Giles v. Giles –Agreed Final Decree of Divorce

Certified Document Number: 73491886 - Page 21 of 39

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

3.      Findings on Health Insurance Availability- Having considered the cost, accessibility, and quality of health insurance coverage available to the parties, the Court finds:

Health insurance is available to Joshua Ben Giles at a reasonable cost from another source, including the program under section 154.1826 of the Texas Family Code to provide health insurance in title IV-D cases.

IT IS FURTHER FOUND that the following orders regarding health-care coverage are in the best interest of the child.

4.      Provision of Health-Care Coverage -

As additional child support, Joshua Ben Giles is ORDERED to continue to maintain health insurance for each child who is the subject of this suit that covers basic health-care services, including usual physician services, office visits, hospitalization, laboratory, X-ray, and emergency services.

Joshua Ben Giles is ORDERED to maintain such health insurance in full force and effect on the child who is the subject of this suit as long as child support is payable for that child. Joshua Ben Giles is ORDERED to convert any group insurance to individual coverage or obtain other health insurance for the child within fifteen days of termination of his employment or other disqualification from the group insurance. Joshua Ben Giles is ORDERED to exercise any conversion options or acquisition of new health insurance in such a manner that the resulting insurance equals or exceeds that in effect immediately before the change.

Joshua Ben Giles is ORDERED to furnish Martha Leticia Giles and the Office of the Attorney General Child Support Division a true and correct copy of the health insurance policy or certification and a schedule of benefits within 30 days of the signing of this order. Joshua Ben Giles is ORDERED to furnish Martha Leticia Giles the insurance cards and any other forms

Giles v. Giles –Agreed Final Decree of Divorce

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

necessary for use of the insurance within 30 days of the signing of this order. Joshua Ben Giles is ORDERED to provide, within three days of receipt by him, to Martha Leticia Giles any insurance checks, other payments, or explanations of benefits relating to any medical expenses for the child that Martha Leticia Giles paid or incurred.

Pursuant to section 1504.051 of the Texas Insurance Code, IT IS ORDERED that if Joshua Ben Giles is eligible for dependent health coverage but fails to apply to obtain coverage for the child, the insurer shall enroll the child on application of Martha Leticia Giles or others as authorized by law.

Pursuant to section 154.183(c) of the Texas Family Code, the reasonable and necessary health-care expenses of the child that are not reimbursed by health insurance are allocated as follows: Martha Leticia Giles is ORDERED to pay 50 percent and Joshua Ben Giles is ORDERED to pay 50 percent of the unreimbursed health-care expenses if, at the time the expenses are incurred, Joshua Ben Giles is providing health insurance as ordered.

The party who incurs a health-care expense on behalf of a child is ORDERED to furnish to the other party all forms, receipts, bills, statements, and explanations of benefits reflecting the uninsured portion of the health-care expenses within thirty days after he or she receives them. The nonincurring party is ORDERED to pay his or her percentage of the uninsured portion of the health-care expenses either by paying the health-care provider directly or by reimbursing the incurring party for any advance payment exceeding the incurring party's percentage of the uninsured portion of the health-care expenses within thirty days after the nonincurring party receives the forms, receipts, bills, statements, and explanations of benefits.

These provisions apply to all unreimbursed health-care expenses of the child who is the subject of this suit that are incurred while child support is payable for that child.

Giles v. Giles –Agreed Final Decree of Divorce

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

5.      Secondary Coverage - IT IS ORDERED that if a party provides secondary health insurance coverage for the child, both parties shall cooperate fully with regard to the handling and filing of claims with the insurance carrier providing the coverage in order to maximize the benefits available to the child and to ensure that the party who pays for health-care expenses for the child is reimbursed for the payment from both carriers to the fullest extent possible.

6.      Compliance with Insurance Company Requirements - Each party is ORDERED to conform to all requirements imposed by the terms and conditions of the policy of health insurance covering the child in order to assure the maximum reimbursement or direct payment by the insurance company of the incurred health-care expense, including but not limited to requirements for advance notice to any carrier, second opinions, and the like.  Each party is ORDERED to use "preferred providers," or services within the health maintenance organization, if applicable.  Disallowance of the bill by a health insurer shall not excuse the obligation of either party to make payment.  Excepting emergency health-care expenses incurred on behalf of the child, if a party incurs health-care expenses for the child using "out-of-network" health-care providers or services, or fails to follow the health insurance company procedures or requirements, that party shall pay all such health-care expenses incurred absent (1) written agreement of the parties allocating such health-care expenses or (2) further order of the Court.

7.      Claims - Except as provided in this paragraph, the party who is not carrying the health insurance policy covering the child is ORDERED to furnish to the party carrying the policy, within fifteen days of receiving them, any and all forms, receipts, bills, and statements reflecting the health-care expenses the party not carrying the policy incurs on behalf of the child. In accordance with section 1204.251 and 1504.055(a) of the Texas Insurance Code, IT IS ORDERED that the party who is not carrying the health insurance policy covering the child, at

Giles v. Giles –Agreed Final Decree of Divorce

DocuSign Envelope ID: B97E712F-9E84-49C9-BB6E-BF931A7AD58A

that party's option, may file any claims for health-care expenses directly with the insurance carrier with and from whom coverage is provided for the benefit of the child and receive payments directly from the insurance company. Further, for the sole purpose of section 1204.251 of the Texas Insurance Code, Martha Leticia Giles is designated the managing conservator or possessory conservator of the child.

The party who is carrying the health insurance policy covering the child is ORDERED to submit all forms required by the insurance company for payment or reimbursement of health-care expenses incurred by either party on behalf of a child to the insurance carrier within fifteen days of that party's receiving any form, receipt, bill, or statement reflecting the expenses.

8.    Constructive Trust for Payments Received - IT IS ORDERED that any insurance payments received by a party from the health insurance carrier as reimbursement for health-care expenses incurred by or on behalf of the child shall belong to the party who paid those expenses. IT IS FURTHER ORDERED that the party receiving the insurance payments is designated a constructive trustee to receive any insurance checks or payments for health-care expenses paid by the other party, and the party carrying the policy shall endorse and forward the checks or payments, along with any explanation of benefits received, to the other party within three days of receiving them.

9.    WARNING - A PARENT ORDERED TO PROVIDE HEALTH INSURANCE OR TO PAY THE OTHER PARENT ADDITIONAL CHILD SUPPORT FOR THE COST OF HEALTH INSURANCE WHO FAILS TO DO SO IS LIABLE FOR NECESSARY MEDICAL EXPENSES OF THE CHILD, WITHOUT REGARD TO WHETHER THE EXPENSES WOULD HAVE BEEN PAID IF HEALTH INSURANCE HAD BEEN PROVIDED, AND FOR THE COST OF HEALTH INSURANCE PREMIUMS OR CONTRIBUTIONS, IF ANY, PAID

Giles v. Giles – Agreed Final Decree of Divorce

Certified Document Number: 73491886 - Page 25 of 39

DocuSign Envelope ID: B97E712F-8E84-49C9-BB8E-BF931A7AD58A

ON BEHALF OF THE CHILD.

10.     Notice to Employer - On this date a Medical Support Notice was signed by the Court. For the purpose of section 1169 of title 29 of the United States Code, the party not carrying the health insurance policy is designated the custodial parent and alternate recipient's representative.

*Miscellaneous Child Provisions*

IT IS ORDERED Joshua Ben Giles and Martha Leticia Giles shall register for "Our Family Wizard" program at www.OurFamilyWizard.com by December 13, 2016, to facilitate communication, notices, and verification of child's uninsured healthcare expense.

Support as Obligation of Estate

IT IS ORDERED that the provisions for child support in this decree shall be an obligation of the estate of Joshua Ben Giles and shall not terminate on the death of Joshua Ben Giles.  Payments received for the benefit of the child, including payments from the Social Security Administration, Department of Veterans Affairs or other governmental agency or life insurance proceeds, annuity payments, trust distributions, or retirement survivor benefits, shall be a credit against this obligation.  Any remaining balance of the child support is an obligation of Joshua Ben Giles's estate.

Termination of Orders on Remarriage of Parties but Not on Death of Obligee

The provisions of this decree relating to current child support terminate on the remarriage of Martha Leticia Giles to Joshua Ben Giles unless a nonparent or agency has been appointed conservator of the child under chapter 153 of the Texas Family Code.  An obligation to pay child support under this decree does not terminate on the death of Martha Leticia Giles but

*Giles v. Giles —Agreed Final Decree of Divorce*

Page 26 of 39

Certified Document    Number: 73491886 - Page 26 of 39

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

continues as an obligation to Andrew Giles.

*Information Regarding Parties*

The information required for each party by section 105.006(a) of the Texas Family Code
is as follows:

Name: Martha Leticia Giles

| | |
|---|---|
| Social Security number: | none |
| Driver's license number: | none   Issuing state:  n/a |
| Current residence address: | 5406 Bear Hunters Dr., Katy, Texas 77449 |
| Mailing address: | 5406 Bear Hunters Dr., Katy, Texas 77449 |
| Home telephone number: | 281-543-7809 |
| Name of employer: | none |
| Address of employment: | n/a |
| Work telephone number: | n/a |

Name: Joshua Ben Giles

| | |
|---|---|
| Social Security number: | 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 |
| Driver's license number | none   Issuing state:  n/a |
| Current residence address: | |
| Mailing address: | 9550 N. WAYSIDE DRIVE # 3101 |
| | Houston, Texas 77028, Harris County, Texas |
| Home telephone number: | (713) 298-8216 |
| Name of employer: | FLUOR FEDERAL GLOBAL PROJECTS |
| Address of employer: | 100 FLUOR DANIEL DRIVE<br>GREENVILLE, SC 29607 |

*Giles v. Giles – Agreed Final Decree of Divorce*

Certified Document Number: 73491886 - Page 27 of 39

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

Work telephone number:         (864) 281-4744

*Required Notices*

EACH PERSON WHO IS A PARTY TO THIS ORDER IS ORDERED TO NOTIFY EACH OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY OF ANY CHANGE IN THE PARTY'S CURRENT RESIDENCE ADDRESS, MAILING ADDRESS, HOME TELEPHONE NUMBER, NAME OF EMPLOYER, ADDRESS OF EMPLOYMENT, DRIVER'S LICENSE NUMBER, AND WORK TELEPHONE NUMBER. THE PARTY IS ORDERED TO GIVE NOTICE OF AN INTENDED CHANGE IN ANY OF THE REQUIRED INFORMATION TO EACH OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY ON OR BEFORE THE 60TH DAY BEFORE THE INTENDED CHANGE. IF THE PARTY DOES NOT KNOW OR COULD NOT HAVE KNOWN OF THE CHANGE IN SUFFICIENT TIME TO PROVIDE 60-DAY NOTICE, THE PARTY IS ORDERED TO GIVE NOTICE OF THE CHANGE ON OR BEFORE THE FIFTH DAY AFTER THE DATE THAT THE PARTY KNOWS OF THE CHANGE.

THE DUTY TO FURNISH THIS INFORMATION TO EACH OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY CONTINUES AS LONG AS ANY PERSON, BY VIRTUE OF THIS ORDER, IS UNDER AN OBLIGATION TO PAY CHILD SUPPORT OR ENTITLED TO POSSESSION OF OR ACCESS TO A CHILD.

FAILURE BY A PARTY TO OBEY THE ORDER OF THIS COURT TO PROVIDE EACH OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY WITH THE CHANGE IN THE REQUIRED INFORMATION MAY RESULT IN FURTHER LITIGATION TO ENFORCE THE ORDER, INCLUDING CONTEMPT OF COURT. A FINDING OF

Giles v. Giles –Agreed Final Decree of Divorce

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

CONTEMPT MAY BE PUNISHED BY CONFINEMENT IN JAIL FOR UP TO SIX MONTHS, A FINE OF UP TO $500 FOR EACH VIOLATION, AND A MONEY JUDGMENT FOR PAYMENT OF ATTORNEY'S FEES AND COURT COSTS.

Notice shall be given to the other party by delivering a copy of the notice to the party by registered or certified mail, return receipt requested. Notice shall be given to the Court by delivering a copy of the notice either in person to the clerk of this Court or by registered or certified mail addressed to the clerk at 201 Caroline, Houston, TX 77002. Notice shall be given to the state case registry by mailing a copy of the notice to State Case Registry, Contract Services Section, MC046S, P.O. Box 12017, Austin, Texas 78711-2017.

NOTICE TO ANY PEACE OFFICER OF THE STATE OF TEXAS: YOU MAY USE REASONABLE EFFORTS TO ENFORCE THE TERMS OF CHILD CUSTODY SPECIFIED IN THIS ORDER. A PEACE OFFICER WHO RELIES ON THE TERMS OF A COURT ORDER AND THE OFFICER'S AGENCY ARE ENTITLED TO THE APPLICABLE IMMUNITY AGAINST ANY CLAIM, CIVIL OR OTHERWISE, REGARDING THE OFFICER'S GOOD FAITH ACTS PERFORMED IN THE SCOPE OF THE OFFICER'S DUTIES IN ENFORCING THE TERMS OF THE ORDER THAT RELATE TO CHILD CUSTODY. ANY PERSON WHO KNOWINGLY PRESENTS FOR ENFORCEMENT AN ORDER THAT IS INVALID OR NO LONGER IN EFFECT COMMITS AN OFFENSE THAT MAY BE PUNISHABLE BY CONFINEMENT IN JAIL FOR AS LONG AS TWO YEARS AND A FINE OF AS MUCH AS $10,000.

*Warnings to Parties*

WARNINGS TO PARTIES: FAILURE TO OBEY A COURT ORDER FOR CHILD SUPPORT OR FOR POSSESSION OF OR ACCESS TO A CHILD MAY RESULT IN

Giles v. Giles – Agreed Final Decree of Divorce

Page 29 of 39

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

FURTHER LITIGATION TO ENFORCE THE ORDER, INCLUDING CONTEMPT OF COURT. A FINDING OF CONTEMPT MAY BE PUNISHED BY CONFINEMENT IN JAIL FOR UP TO SIX MONTHS, A FINE OF UP TO $500 FOR EACH VIOLATION, AND A MONEY JUDGMENT FOR PAYMENT OF ATTORNEY'S FEES AND COURT COSTS.

FAILURE OF A PARTY TO MAKE A CHILD SUPPORT PAYMENT TO THE PLACE AND IN THE MANNER REQUIRED BY A COURT ORDER MAY RESULT IN THE PARTY'S NOT RECEIVING CREDIT FOR MAKING THE PAYMENT.

FAILURE OF A PARTY TO PAY CHILD SUPPORT DOES NOT JUSTIFY DENYING THAT PARTY COURT-ORDERED POSSESSION OF OR ACCESS TO A CHILD. REFUSAL BY A PARTY TO ALLOW POSSESSION OF OR ACCESS TO A CHILD DOES NOT JUSTIFY FAILURE TO PAY COURT-ORDERED CHILD SUPPORT TO THAT PARTY.

*Division of Marital Estate*

The Court finds that the following is a just and right division of the parties' marital estate, having due regard for the rights of each party and the child of the marriage.

Property to Husband

IT IS ORDERED AND DECREED that the husband, Joshua Ben Giles, is awarded the following as his sole and separate property, and the wife is divested of all right, title, interest, and claim in and to that property:

H-1.    A hundred percent (100%) undivided interest in the following real property, including but not limited to any escrow funds, prepaid insurance, utility deposits, keys, house plans, home security access and code, garage door opener, warranties and service contracts, and title and closing documents:

*Giles v. Giles –Agreed Final Decree of Divorce*

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

LOT 3, IN BLOCK 8, OF SUNCREEK ESTATES, SECTION TWO (2), A SUBDIVISION IN BRAZORIA COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 24, PAGE 198, OF THE PLAT RECORDS OF BRAZORIA COUNTY, TEXAS.

This property is more commonly known as 16626 Hamill Dr., Rosharon, Texas 77853.

H-2.    All household furniture, furnishings, fixtures, goods, art objects, collectibles, appliances, and equipment in the possession of the husband or subject to his sole control.

H-3.    All clothing, jewelry, and other personal effects in the possession of the husband or subject to his sole control.

H-4.    All sums of cash in the possession of the husband or subject to his sole control, including funds on deposit, together with accrued but unpaid interest, in banks, savings institutions, or other financial institutions, which accounts stand in the husband's sole name or from which the husband has the sole right to withdraw funds or which are subject to the husband's sole control.

H-5.    All policies of life insurance (including cash values) insuring the husband's life.

H-6.    All brokerage accounts, stocks, bonds, mutual funds, and securities registered in the husband's name, together with all dividends, splits, and other rights and privileges in connection with them.

H-7. The 2012 Mercedes Benz S Class LWB 350 motor vehicle, vehicle identification number WDDNG8DB0CA423161, together with all prepaid insurance, keys, and title documents

Property to Wife

IT IS ORDERED AND DECREED that the wife, Martha Leticia Giles, is awarded the

*Giles v. Giles –Agreed Final Decree of Divorce*

Certified Document Number: 73491886 - Page 31 of 39

following as her sole and separate property, and the husband is divested of all right, title, interest, and claim in and to that property:

W-1. A hundred percent (100%) undivided interest in the following real property, including but not limited to any escrow funds, prepaid insurance, utility deposits, keys, house plans, home security access and code, garage door opener, warranties and service contracts, and title and closing documents:

> LOT 5 IN BLOCK 3 OF PARTIAL REPLAT OF VILLAGES OF BEAR CREEK
>
> SECTION 1, A SUBDIVISION IN HARRIS COUNTY, TEXAS ACCORDING TO
>
> THE MAP OR PLAT THEREOF RECORDED IN FILM CODE NO. 357010 OF
>
> THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

This property is more commonly known as 5406 Bear Hunters Dr., Katy, Texas 77449.

W-2. All household furniture, furnishings, fixtures, goods, art objects, collectibles, appliances, and equipment in the possession of the wife or subject to her sole control.

W-3. All clothing, jewelry, and other personal effects in the possession of the wife or subject to her sole control.

W-4. All sums of cash in the possession of the wife or subject to her sole control, including funds on deposit, together with accrued but unpaid interest, in banks, savings institutions, or other financial institutions, which accounts stand in the wife's sole name or from which the wife has the sole right to withdraw funds or which are subject to the wife's sole control.

W-5. All policies of life insurance (including cash values) insuring the wife's life.

W-6. All brokerage accounts, stocks, bonds, mutual funds, and securities registered in

Giles v. Giles –Agreed Final Decree of Divorce

Certified Document Number: 73491886 - Page 32 of 39

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

the wife's name, together with all dividends, splits, and other rights and privileges in connection with them.

W-7.   The 2011 Ford F150 Crew C Super motor vehicle, vehicle identification number 1FTFW1C61BFB42081, together with all prepaid insurance, keys, and title documents.

*Miscellaneous Property Provisions*

Each party is awarded all personal property and furnishing in his/her possession except Joshua Ben Giles is awarded any clothing and personal items remaining at the residence as well as his birth certificate, social security card, and military ID. Joshua Ben Giles shall pick these items up at a mutually time between January 20, 2017 and January 27, 2017. Joshua Ben Giles is also awarded any other items mutually agreed to between himself and Martha Leticia Giles.

Each party states that he/she does not have sums, whether matured or unmatured, accrued or unaccrued, vested or otherwise, together with all increases thereof, the proceeds therefrom, and any other rights related to any profit-sharing plan, any retirement plan, Keogh plan, pension plan, annuities, employee stock option plan, 401(k) plan, employee savings plan, accrued unpaid bonuses, disability plan, or other benefits existing by reason of the his/her past, present.

Division of Debt

Debts to Husband

IT IS ORDERED AND DECREED that the husband, Joshua Ben Giles, shall pay, as a part of the division of the estate of the parties, and shall indemnify and hold the wife and her property harmless from any failure to so discharge, these items:

H-1.   All debts, charges, liabilities, and other obligations incurred solely by the husband from and after May 1, 2016 unless express provision is made in this decree to the contrary.

Debts to Wife

Giles v. Giles –Agreed Final Decree of Divorce

Certified Document    Number: 73491886 - Page 33 of 39

IT IS ORDERED AND DECREED that the wife, Martha Leticia Giles, shall pay, as a part of the division of the estate of the parties, and shall indemnify and hold the husband and his property harmless from any failure to so discharge, these items:

W-1.   All debts, charges, liabilities, and other obligations incurred solely by the wife from and after May 1, 2016 unless express provision is made in this decree to the contrary.

Notice

IT IS ORDERED AND DECREED that each party shall send to the other party, within three days of its receipt, a copy of any correspondence from a creditor or taxing authority concerning any potential liability of the other party.

Muniment of Title

This Decree shall serve as a muniment of title to transfer ownership of all property awarded to any party in this Final Decree of Divorce.

Court-Ordered Maintenance

The Court finds that under the circumstances presented in this case, Martha Leticia Giles is eligible for maintenance under the provisions of Texas Family Code chapter 8. Accordingly, Joshua Ben Giles is ORDERED to pay as maintenance the sum of one thousand dollars ($1,000.00) per month to Martha Leticia Giles, with the first payment being due on December 15th, 2016, and a like amount being due 15th day of each consecutive month thereafter for the next two months, which are January 15th, 2017, and February 15th, 2017, for the total sum of three thousand dollars ($3,000.00).

Joshua Ben Giles's obligation to pay post-divorce maintenance shall terminate upon the death of Martha Leticia Giles.

Joshua Ben Giles's obligation to pay post-divorce maintenance shall not terminate upon

Giles v. Giles –Agreed Final Decree of Divorce

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

his death, and shall any unpaid maintenance payments shall remain an obligation of Joshua Ben Giles's estate.

Payment shall be made by Joshua Ben Giles directly to Martha Leticia Giles by cash, cashier's check, or money order at the last known address provided to Joshua Ben Giles by Martha Leticia Giles.

*Change of Petitioner's Name*

IT IS ORDERED AND DECREED that Martha Leticia Giles' name is changed to Martha Leticia Solis.

<u>Attorney's Fees</u>

Each party is responsible for his/her attorney fees and costs of court.

IT IS ORDERED AND DECREED that all payments made to the other party in accordance with the allocation provisions for payment of federal income taxes contained in this Final Decree of Divorce are not deemed income to the party receiving those payments but are part of the property division and necessary for a just and right division of the parties' estate.

<u>No Alimony</u>

IT IS ORDERED AND DECREED that no provision of this decree shall be construed as alimony under the Internal Revenue Code, except as this decree expressly provides for payment of maintenance or alimony under the Internal Revenue Code.

*Court Costs*

IT IS ORDERED AND DECREED that costs of court are to be borne by the party who incurred them.

*Discharge from Discovery Retention Requirement*

IT IS ORDERED AND DECREED that the parties and their respective attorneys are

Giles v. Giles –Agreed Final Decree of Divorce

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

discharged from the requirement of keeping and storing the documents produced in this case in accordance with rule 191.4(d) of the Texas Rules of Civil Procedure.

*Decree Acknowledgment*

Petitioner, Martha Leticia Giles, and Respondent, Joshua Ben Giles, each acknowledge that before signing this Final Decree of Divorce they have read this Final Decree of Divorce fully and completely, have had the opportunity to ask any questions regarding the same, and fully understand that the contents of this Final Decree of Divorce constitute a full and complete resolution of this case. Petitioner and Respondent acknowledge that they have voluntarily affixed their signatures to this Final Decree of Divorce, believing this agreement to be a just and right division of the marital debt and assets, and state that they have not signed by virtue of any coercion, any duress, or any agreement other than those specifically set forth in this Final Decree of Divorce.

*Indemnification*

Each party represents and warrants that he or she has not incurred any outstanding debt, obligation, or other liability on which the other party is or may be liable, other than those described in this decree. Each party agrees and IT IS ORDERED that if any claim, action, or proceeding is hereafter initiated seeking to hold the party not assuming a debt, an obligation, a liability, an act, or an omission of the other party liable for such debt, obligation, liability, act or omission of the other party, that other party will, at his or her sole expense, defend the party not assuming the debt, obligation, liability, act, or omission of the other party against any such claim or demand, whether or not well founded, and will indemnify the party not assuming the debt, obligation, liability, act, or omission of the other party and hold him or her harmless from all damages resulting from the claim or demand.

Giles v. Giles –Agreed Final Decree of Divorce

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

Damages, as used in this provision, includes any reasonable loss, cost, expense, penalty, and other damage, including without limitation attorney's fees and other costs and expenses reasonably and necessarily incurred in enforcing this indemnity.

IT IS ORDERED that the indemnifying party will reimburse the indemnified party, on demand, for any payment made by the indemnified party at any time after the entry of the divorce decree to satisfy any judgment of any court of competent jurisdiction or in accordance with a bona fide compromise or settlement of claims, demands, or actions for any damages to which this indemnity relates.

The parties agree and IT IS ORDERED that each party will give the other party prompt written notice of any litigation threatened or instituted against either party that might constitute the basis of a claim for indemnity under this decree.

*Clarifying Orders*

Without affecting the finality of this Final Decree of Divorce, this Court expressly reserves the right to make orders necessary to clarify and enforce this decree.

*Relief Not Granted*

IT IS ORDERED AND DECREED that all relief requested in this case and not expressly granted is denied. This is a final judgment, for which let execution and all writs and processes necessary to enforce this judgment issue. This judgment finally disposes of all claims and all parties and is appealable.

*Date of Judgment*

SIGNED on  1 . 12 . 📅 17 .

_____
JUDGE PRESIDING

Giles v. Giles —Agreed Final Decree of Divorce

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

APPROVED AND CONSENTED TO AS TO BOTH FORM AND SUBSTANCE:

_Martha Giles_
Petitioner

DocuSigned by:
_Joshua Giles_
Respondent

APPROVED AS TO FORM ONLY:

Rajabian Law
6420 Richmond Ave, Suite 215
Houston, TX 77057
Tel: (281) 770-2625
Fax: (713) 977-9941

_Sean H. Rajabian_
Sean H. Rajabian
Attorney for Petitioner Martha Leticia Giles
State Bar No. 24094907
Sean@RajabianLaw.com

The Walters Law Firm, PLLC
1177 West Loop S., Suite 700
Houston, TX 77027
713.275.7830
713.893.0644 - fax

DocuSigned by:
_Robert Tsai_

with
permission RT

Brian D. Walters
Attorney for Respondent Joshua Ben Giles
State Bar No. 00797619
brian@brianwalterslawfirm.com

Attorney General of Texas

_Nathene W. Caldwell_
Nathene W. Caldwell
SBN: 24050800
6161 Savoy #420
Houston TX 77036
T (713) 243-7100
Email: CSD-Legal.615
@ oag.texas.gov

Giles v. Giles – Agreed Final Decree of Divorce

Page 38 of 39

DocuSign Envelope ID: B97E712F-9E84-49C9-BB8E-BF931A7AD58A

DocuSigned by:

*Robert Tsai*

2C78070262654D1

Robert Tsai
Attorney for Respondent Joshua Ben Giles
State Bar No. 24090442
robert@brianwalterslawfirm.com

–Agreed Final Decree of Divorce



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 25, 2017

Certified Document Number:        73491886

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com

State of Palestine
Ministry of Interior
Department of Civil Affairs



دولــــــة فلسطين
وزارة الداخليــــــة
مديرية الأحوال المدنية

شـــهادة ميلاد

| | | | |
|---|---|---|---|
| رقم الهوية | 8   5232798   0 | | |
| الإسم | محمود | إسم الأب | عبد الحكيم |
| إسم الجد | محمود | إسم العائلة | دويكات |
| جنسية الأب | فلسطيني | | |
| إسم الأم | نجاح | عائلة الأم | ** |
| جنسية الأم | فلسطينية | | |
| الجنس | ذكر | الديانة | مسلم |
| تاريخ الميلاد | 1990/05/13 | | الثالث عشر من شهر أيار لعام ألف وتسعمائة و تسعين |
| مكان الميلاد | نابلس | المستشفى | الاتحادالنساني-نابلس |
| العنوان | عسكر | | 0 - 0   -- |

إن التفاصيل المدونة بولادة المذكور أعلاه أدرجت في سجل الولادة لسنة  1990

من قبل مديرية الأحوال المدنية بـ   نـابلس   بتـاريخ   2017/12/10

توقيع
الموظف المختص
Employee Signature

ختم الدائرة
Seal



State of Palestine
Ministry of Interior
Department of Civil Affairs



دولـــــة فـلـسـطين
وزارة الداخليـــــة
مديرية الأحوال المدنية

## Birth Certificate

**Id No.**   8  5232798  0

| | | | |
|---|---|---|---|
| **First Name** | Mahmoud | **Father's Name** | Abdel Hakeem |
| **G.F.'s Name** | Mahmoud | **Family Name** | Dwikat |
| **Mother's Name** | Najah | **Mother's Family** | -- |
| **Father's Nationality** | Palestinian | **Mother's Nationality** | Palestinian |
| **Sex** | Male | **Religion** | Muslim |

**D. of Birth**  13/05/1990    The Thirteenth of May Nineteen hundreds Ninty

**P. of Birth**  Nablus          **Hospital**   Ladies Union

**Address**  Askar                    - 0 - 0

The details about the above mentioned birth have already been registered in the birth file of year   1990

by Department of Civil Affairs in         Nablus         on    10/12/2017

توقيع
الموظف المختص
Employee Signature



ختم الدائرة
Seal



LOCATION: 219
TIME STAMP: 09:48:58
DATE STAMP: 02-11-2020

ORGAN DONOR: N
VOTER REGISTRATION: N

**RECEIPT NUMBER: 405DLA057827179**

RESTRICTION TEXT
WITH CORRECTIVE LENSES

ENDORSEMENT TEXT
NONE

MAILING ADDRESS
5406 BEAR HUNTERS DR
KATY, TX 77449

TEXAS DEPARTMENT OF PUBLIC SAFETY
LIMITED TERM

TEMPORARY PERMIT VALID UNTIL 04-11-2020



DL/ID/UNL NUMBER: 40789771   CLASS: C   LICENSE TYPE: DL
RESTRICTION CODE: A   ENDORSEMENT CODE: NONE

NAME: DWIKAT,
MAHMOUD A

ADDRESS
5406 BEAR HUNTERS DR
KATY, TX 77449

DATE OF BIRTH: 05-13-1990      EXPIRATION DATE: 02-03-2022
SEX: M      HEIGHT: 5'09"      ISSUANCE DATE: 02-11-2020
EYE COLOR: BRO

SIGNATURE _____

EMPLOYEE _____

- For driver license related questions, please call 512-424-2600 or refer to the DPS website at www.dps.texas.gov or at www.texas.gov.
- Your DL/ID Card will be processed and mailed within 30-45 days.
- You must continue to carry this Temporary Permit until your new card is received.
- For roadside assistance related to the following issues, please call 1-800-525-5555.
    - Stranded with car problems
    - Hazardous road conditions
    - Debris in the roadway

- **If you signed up for voter registration**, you will be contacted by your voter registrar within 30 days.  If the registrar has no questions regarding your registration, a voter registration certificate will be mailed to you within that time frame. If you do not receive it, please contact:
    - Your County Voter Registrar. Contact information is available online at: http://sos.state.tx.us/elections/voter/votregduties.shtml
    - Secretary of State's Office toll-free at 1-800.252.VOTE (8683) or elections@sos.texas.gov

*EQUAL OPPORTUNITY EMPLOYER*
COURTESY · SERVICE · PROTECTION

Page 1



ZALES outlet
THE DIAMOND STORE

COPPERWOOD VILLAGE
6803 HIGHWAY 6 N
Houston, TX  77084
(281) 856-7774
SALE

Trans/Reg#: 196105/4           Date: 1/13/20, 5:08 PM
  Store#: 2758                Assoc#: 078935
Mahmoud Dwikat
Qty Item                    Location          Amount
1  1CTTW 14KWG 1/3CT                           3,145.00
   101  20106614          6
Assoc#: (078935,821286)

   BV PRICING
   BOUNCE BACK PREMIER REWARDS               (945.01)
        Item Subtotal:                       (719.48)
Warranty Customer: Mahmoud A Dwikat          1,480.51
JPP#: 0275804196105506001 SKU: 20106614

Diamond Bond Number: 0275804010t751 SKU: 20106614

1   LJPP - $1999.99                           189.99
    019  88014170
Warranty Customer: Mahmoud A Dwikat
1   1/8CTTW 14K TWIST BD                       920.00
    120  20066793          9
Assoc#: (078935,821286)

   CATEGORY (40%)
   BOUNCE BACK PREMIER REWARDS               (368.00)
        Item Subtotal:                       (180.52)
Warranty Customer: Mahmoud A Dwikat           371.48
JPP#: 0275804196105512009 SKU: 20066793

Diamond Bond Number: 0275804010t769 SKU: 20066793

1   LJPP - $499.99                            104.99
    119  88014162
Warranty Customer: Mahmoud A Dwikat
1   Diamond Bond
    NP  800  Non-Tax                            0.00
Warranty Customer: Mahmoud A Dwikat
1   Diamond Bond
    NP  800  Non-Tax                            0.00
Warranty Customer: Mahmoud A Dwikat

                    Subtotal   2,146.97
                   Tax 8.25%     177.12
                       Total   2,324.09
VISA CREDIT Purchase - Chip SWIPED XXXXXXXXXXXX4795 Appr
                               2,324.09
Date: 01-13-2020
Time: 17:10:33



# TRIEAGLE
ENERGY

PUCT License No. 10064

📱 Pay Your Bill
📞 1-877-933-2453
📞 24 hrs -7 days a week, CT

For Outages/ Emergencies Call:
CenterPoint: 1-800-332-7143
(24 hours a day, 7 days a week)

Questions or Comments?
Call Toll Free: 877-933-2453
(8am-7pm Mon-Fri, CT)
Fax: 866-434-2314

Refer-A-Friend - Get $25
For more information please visit
www.TriEagleEnergy.com

For more information about
residential electric service
please visit
www.powertochoose.com

Usage History

MARTHA LETICIA SOLIS AND MAHMOUD DWIKAT
5406 BEAR HUNTERS DR
KATY, TX 77449

Page: 1 of 1

Service at ESI ID #: 🏠 100890102380561507 0100
5406 BEAR HUNTERS DR
KATY,TX 77449-7423
✉ marthaleticiasolis0008@gmail.com

Acct #: 1907160038  Invoice Date: 02/07/20  Service Period - 01/07/20 - 02/05/20

| Previous Balance | New Charges | Payments/Adj. | Amount Due | Due Date |
|---|---|---|---|---|
| $53.77 | $44.36 | -$110.23 | -$12.10 | 02/24/20 |

| ⚡Meter | Type | 📅 Dates | Current Meter Read | Previous Meter Read | Multiplier | kWh Usage | kVa/kW Demand | Energy Cost |
|---|---|---|---|---|---|---|---|---|
| 169671679 | ACT | 01/07 - 02/05 | 17185 | 16762 | 1 | 423.00 | | See Details |

|  | Qty | Rate | Amount |
|---|---|---|---|
| **Current Charges** | | | |
| Energy Charges | | | |
| Base Charge............................. | | | |
| Energy Charge........................... | 423.00 | 0.09300 | $4.95 |
| Taxes | | | $39.34 |
| PUC Assessment........................ | | | |
| Total Current Charges................. | | | $0.07 |
|  | | | $44.36 |
| **Previous Charges** | | | |
| Previous Balance........................ | | | $53.77 |
| Payment 01/27/2020..................... | | | -$56.46 |
| Payment 01/27/2020..................... | | | -$53.77 |
| Balance Forward......................... | | | -$56.46 |

## Total Amount Due.........................  -$12.10

| Agreement Details | Usage kWh | Avg Rate | Amount |
|---|---|---|---|
| 01/08/20 - 02/05/20 Fixed Rate (Energy Rate : 0.09300) | 423.00 | 0.09300 | $39.34 |

The average price you paid for electric service this month is 10.5¢ per kWh.
Your current contract with TriEagle expires on 07/14/2020. Please visit www.trieagleenergy.com or contact us regarding your renewal. If you have already renewed, thank you for your business!

If you have any questions regarding these charges, please contact us at  1-877-933-2453 to discuss the charges.  If you believe this bill includes unauthorized charges,  please contact us immediately.  If you are not satisfied with our review,  you may file a complaint with the Public Utility Commission of Texas, P.O. Box 13326, Austin, TX, 78711-3326 , (512) 936-7120 or toll free in Texas at (888) 782-8477.  Hearing and speech impaired individuals with text telephones (TTY)  may contact the Commission at (512) 936-7136. E-mail: customer@puc.state.tx.us. For more information on Gross Receipts Tax, please visit the website of the Texas Comptroller of Public Accounts at http://www.window.state.tx.us/taxinfo/misc_gr/faq_misc_gr.html.

Please return this portion with your payment - Thank you!



# TRIEAGLE
ENERGY

535 Connecticut Avenue
6th floor
Norwalk, CT 06854

| Acct #: 1907160038 | |
|---|---|
| Invoice Date:  02/07/20 | Invoice #: 2002031349 |
| Due Date:  02/24/20 | Amount Due: -$12.10 |
| | |
| Amount Enclosed : $ | |

Do Not Pay - Auto Credit Card Payment Scheduled on Due Date

Bill Payment Assistance Program Contribution:
[ ] $1.00 [ ] $5.00 [ ] $10.00 [ ] Other $ _____

MARTHA LETICIA SOLIS AND MAHMOUD
DWIKAT
5406 BEAR HUNTERS DR
KATY, TX 77449

TriEagle Energy, L.P
P.O. BOX 974655
Dallas, TX 75397-4655

20020313491907160038022400000000000207202000000044360000000000000000000000

## Texas Liability Insurance Card

### Keep this card

IMPORTANT: You must show this card or a copy of your insurance policy when you apply for or renew your:
- motor vehicle registration
- driver's license
- motor vehicle safety inspection sticker

You may also be asked to show this card or your policy if you have an accident or if a peace officer asks to see it.

All drivers in Texas must carry liability insurance on their vehicles or otherwise meet legal requirements for financial responsibility. If you do not meet your financial responsibility requirements, you could be fined up to $1,000, your driver's license and motor vehicle registration could be suspended, and your vehicle could be impounded for up to 180 days (at a cost of $15 per day).

## Tarjeta de Seguro de Responsabilidad de Texas

### Guarde esta tarjeta

IMPORTANTE: Usted debe mostrar esta tarjeta o una copia de su póliza de seguro cuando solicite o renueve su:
- registro del vehículo motorizado
- licencia de conducir
- etiqueta de inspección de segurida para su vehículo

También se puede pedir que usted muestre esta tarjeta o su póliza si tiene un accidente o si se la pide un oficial de policía.

Todos los conductores en Texas deben tener un seguro de responsabilidad civil para sus vehículos, o de lo contrario deben cumplir con los requisitos legales de responsabilidad financiera. Si usted no cumple con los requisitos de responsabilidad financiera, podría estar sujeto a pagar una multa de hasta $1,000, más la suspensión de su licencia de conducir y la suspensión del registro del vehículo, y además su vehículo podría ser confiscado por hasta 180 días (a un costo de $15 por día).

If any vehicle(s) or driver(s) listed below have changed, please contact your agent immediately.

## TEXAS LIABILITY INSURANCE CARD

THIS POLICY PROVIDES AT LEAST THE MINIMUM AMOUNTS OF LIABILITY INSURANCE REQUIRED BY THE TEXAS MOTOR VEHICLE SAFETY RESPONSIBILITY ACT FOR THE SPECIFIED VEHICLES AND NAMED INSUREDS AND MAY PROVIDE COVERAGE FOR OTHER PERSONS AND OTHER VEHICLES AS PROVIDED BY THE INSURANCE POLICY.

| Insurance Company: | Old American County Mutual Fire Insurance Company   (800) 856-0191 | |
|---|---|---|
| To Report a Claim: | (800) 993-3226 | **Vehicle – Year – Make – Model – VIN:** |
| **Agent/Producer:**<br><br>TRUEBLUE INSURANCE<br>5001 SPENCER HWY<br>PASADENA, TX 77505-1519<br>(346) 774-2551 | | 2002 MITSUBISHI   GALANT ES/GALANT GTZ   4A3AA46G82E164418 |
| **Policy Number:** | HTG01001543 | |
| **Effective Date:**<br>02/05/2020 | **Expiration Date:**<br>06/05/2020 | |
| **Named Insured:**<br><br>MAHMOUD A DWIKAT<br>5406 BEAR HUNTERS DR<br>KATY, TX 77449-7423 | | **Included Drivers:**<br>MAHMOUD A DWIKAT<br>MARTHA LETICIA SOLIS |

ID_TX (2019/01)

7:21    .ıll LTE 🔋

Edit        All        Missed        📞⁺

# Calls

🔍 Search



My Momo
📹 Incoming                     Monday  ⓘ

Mamita  (2)
📞 Incoming                     Sunday  ⓘ

Mamita
📹 Outgoing                     Saturday  ⓘ

Mamita, Drewman 💜 🫣 😍
📹 Incoming                     Saturday  ⓘ

My Momo
📹 Outgoing                     Saturday  ⓘ

My Momo
📞 Incoming                     Friday  ⓘ

My Momo
📹 Outgoing                     Friday  ⓘ

My Momo
📞 Incoming                     Friday  ⓘ

Maria Vences
📞 Outgoing                     Friday  ⓘ

Mamita  (3)
📹 Missed                       Friday  ⓘ

Mamita
📞 Missed                       Friday  ⓘ

Status    Calls    Camera    Chats ④    Settings



7:19            ⏹ LTE 🔋

Edit      All     Missed      📞+

**Mamita**
📞 Incoming      1/28/20 ⓘ

**Mamita**
📹 Outgoing      1/28/20 ⓘ

**My Momo**
📞 Outgoing      1/28/20 ⓘ

**My Momo (2)**
📞 Missed      1/28/20 ⓘ

**My Momo**
📹 Outgoing      1/28/20 ⓘ

**My Momo**
📞 Outgoing      1/28/20 ⓘ

**My Momo**
📹 Incoming      1/28/20 ⓘ

**My Momo (3)**
📞 Outgoing      1/26/20 ⓘ

**My Momo**
📹 Outgoing      1/21/20 ⓘ

**My Momo**
📹 Missed      1/21/20 ⓘ

**My Momo**
📹 Incoming      1/18/20 ⓘ

**My Momo**
📞 Incoming      1/18/20 ⓘ

**My Momo**
📹 Outgoing      1/17/20 ⓘ

◎ Status    📞 Calls    📷 Camera    💬⁴ Chats    ⚙ Settings





Look at my big belly baby 😣

You ok

No

Im fat

Looool

Loooool

Me too

You still think I'm beautiful even if I'm fat baby??

Loool

I love you



17094





7:14                                    ‎.‎ill LTE ⬛

< 4    **My Momo**
       last seen today at 6:17 PM    📹   📞

Me too

Just i want to say I miss you 😘

I miss you so much    10:46 PM ✓✓

Thursday

Baby my boss approved for me to be off
Wednesday 😊    9:02 AM ✓✓

We'll be together all day    9:02 AM ✓✓

🥰    9:02 AM ✓✓



10:16 AM    ⌄

What this

+                        🗂  📷  🎤



7:13

**My Momo**
last seen today at 6:17 PM

7:45 PM

9:14 PM

Wed, Feb 5

Im email my boss that i need off next Wednesday

What you doing baby?

What u doing my sweet wife

Perfect baby

I'm so busy at work today. On my linc break I will write the letter and send. And call the lawyer



7:12  .ıl LTE 🔋

< 4  **My Momo**
last seen today at 6:17 PM  📹  📞

Tue, Feb 4

9:29 AM ✓✓

You look so nice

So cute today

😊

I'm not even wearing make up

Baby I am not going to the prayer Saturday. I want to celebrate my first birthday with you

My cousins are not going either so instead we'll go to visit them next

+  🖼 📷 🎤















7:05  •II LTE ▯

‹ 4  **My Momo**
last seen today at 6:17 PM

Baby

Im hust eat lunch 🍔 now

Ok my love

Sun, Jan 26

Hi baby

I'm leaving the dentist now

Meeting my cousin on 10 and the beltway

You want me to take you something later? In a few hours when I'm done with her

No baby thank you

My sweet wife

Anything for my husband. I love you and I like taking care of you

It makes me happy when I can help You

You want to come visit me yes you can come

Mybe you take me some where

Ok I'll pick you Up

7:04                                        LTE

< 4    **My Momo**
       last seen today at 6:17 PM

You call your dad

I hope he is better

                    Thu, Jan 23



Good morning baby

It's so hot at work today

I will cam my dad to see how he is
feeling. I hope he's better.

Love 🤍 u

                    I love you

My dad is still not good. Again he didn't
go to work ☹

7:02    LTE



‹ 4     **My Momo**
last seen today at 6:17 PM

Wed, Jan 22



Eat

Love u

I want go back to sleep 😴

I want to go late because I want stay late tonight

I love you too

Sleep a little bit more then baby

It's raining and very cold today baby



+    📷 🎤



6:46                                                    LTE

< 4    **My Momo**
       last seen today at 6:17 PM

Hey

Mon, Dec 30

Hey

What's up?

Merry Christmas and happy new year

Merry Christmas and happy new year to you too

Sorry if I bothered you last time

How are u

I'm good

You?

I just don't like being pressured

Yes

▶ •

Ok. Thank you for saying sorry.

When i can call u

Today

+                              ☺  ⊙  🎤





7:01                                                    .ıll LTE 🔋

‹ 4    **My Momo**                                   📹    📞
       last seen today at 6:17 PM

Mon, Jan 20

9:40 AM

Hello hello 🖐

Hi baby

I didn't charge my
Phone and it died

My friend let me borrow her charger

How are
You?

I miss you

Good

Baby miss u a lot my wife



7:01     LTE

**My Momo**
last seen today at 6:17 PM

Sun, Jan 19

Say hi to her please

She's coming here

Tomorrow they are coming

Ok

What time

Like 12 or 1

Andrew has no school so
It's good. They will wait for me
To come home from work

I hope she bring some oranges

I ask her she said they will try to go
my uncles to get some more.



7:01    ıll LTE 🔋

‹ 4    **My Momo**
      last seen today at 6:17 PM    📹   📞

Sun, Jan 19

Say hi to her please

❤️

She's coming here

Tomorrow they are coming

Ok

What time

Like 12 or 1

Andrew has no school so
It's good. They will wait for me
To come home from work

I hope she bring some oranges 🍊

I ask her she said they will try to go
my uncles to get some more.



7:00

**My Momo**
last seen today at 6:17 PM

Sat, Jan 18

Baby the plumber said the toilet is no good. We need new one. He said for only labor to install new toilet and hose is $250. We have to buy the toilet too. Do you want me to call another plumber???

A new plumber is coming after he finish a job he's doing right now maybe two hours he said

Ok

Baby

Let me know when he is coming

Ok my love

I'm still waiting

He will be here in 30min

Ok

Delivery ZIP Code: **77001**   Change

Bio Bidet Elite 3

★★★★✦ 4.5 (1328)
Item  707830

6:59    .ıllLTE 🔋

‹ 4    **My Momo**
last seen today at 6:17 PM    📹  ☎

Fri, Jan 17

Breakfast ☺

Enjoy my love

We start nice life and right life

Im so happy with you

> Yes we did. I'm very proud we did everything right. We will have a happy life together.

> I'm so so happy. You are an amazing husband. I feel grateful to God for sending me you. My husband.
> ⌄

> I'm getting the blue ones

＋    🗒  📷  🎤



6:58                .ıll LTE

< 4    **My Momo**
last seen today at 6:17 PM

Good night

Thu, Jan 16

Good morning    5:30 AM ✓✓

Good morning

Yaaay you woke up early    7:42 AM ✓✓

Don't go back to sleep!    7:42 AM ✓✓

Omg you went back to sleep    8:31 AM ✓✓

Mmm

Why

Lol    9:00 AM ✓✓

Silly    9:00 AM ✓✓

Do you feel better today baby

Momo... today is
Our wedding day!!! I'm so
Happy.

Yes I feel better. It hurt a little bit this
morning I took the ibuprofen and I feel
perfect now.

What are you doing baby?

Itry to go to get hair cut

+



6:57        .ıll LTE 🔋

< 4   **My Momo**
last seen today at 6:17 PM

Loool

Tue, Jan 14

In sorry baby

I fell asleep

Good night 😊

Don't worry

I ask my cosin

He told me no

Just any 2 person

They don't have to call my dad?

No

Why you awake?

Ok. I feel better now

Im was sleep 😴

I don't know why I wake now

Ok. Lets both try to go back to slee

Yes go

+



6:54  LTE

‹ 4  **My Momo**
last seen today at 6:17 PM



Fri, Jan 10

Good morning sweetheart  6:16 AM

8:20 AM

Tomorrow is my moms birthday! I almost forgot 🙍

Ok I talked to my mom. I will make food for her birthday Sunday. We have to go buy the food. We.can get it Saturday.I told her you and I are making her food for her birthday and for you to meet her. She said yes so we'll meet at our house. ☺

I will talk to my dad later when he gets off work but he will say yes

Morning baby

+

6:51                                     .ıl LTE ▯

< 4    **My Momo**
       last seen today at 6:17 PM          ▢  ☍

Sun, Jan 5

You sleep already

                                      No



I don't know. I can't sleep. I want to but
I'm restless

Loool

I think because I miss you

I miss u a lot

I want to coming today not tomorrow

Looool

                                      Lol

It's already tomorrow

                              12:21

Yeah

You right

                              Besos      ⌄

Everything is good?

+                              ⬭  ◉  ⬤







1:42 ✈

.ıll LTE 🔋

Edit · All · Missed · ☎⁺

**Leticia**
🎥 Outgoing · 1/29/20 · ⓘ

**Leticia (3)**
📞 Incoming · 1/28/20 · ⓘ

**ابو عبدو الذهب**
📞 Outgoing · 1/28/20 · ⓘ

**Leticia**
🎥 Missed · 1/28/20 · ⓘ

**Leticia**
📞 Incoming · 1/28/20 · ⓘ

**Leticia**
🎥 Outgoing · 1/28/20 · ⓘ

**Iyad**
📞 Outgoing · 1/27/20 · ⓘ

**Leticia (2)**
📞 Incoming · 1/26/20 · ⓘ

**Abo Foze**
📞 Missed · 1/26/20 · ⓘ

**Jhonatan Colombia**
📞 Outgoing · 1/24/20 · ⓘ

**Abo Foze**
🎥 Outgoing · 1/23/20 · ⓘ

Status · Calls · Camera · Chats · Settings

1:42 ✈                                    ..ıl LTE ▪

Edit                    All        Missed              ☎⁺

Leticia                                  Friday  ⓘ
☎ Outgoing

Leticia                                  Friday  ⓘ
◨◀ Incoming

Leticia                                  Friday  ⓘ
☎ Outgoing

Iyad                                     Friday  ⓘ
◨◀ Outgoing

Iyad                                     Friday  ⓘ
◨◀ Missed

+970 598 344 451                         Friday  ⓘ
◨◀ Missed

Leticia                                  2/6/20  ⓘ
☎ Outgoing

Gorge Lions                              2/6/20  ⓘ
☎ Outgoing

Leticia                                  2/6/20  ⓘ
☎ Outgoing

Leticia                                  2/6/20  ⓘ
◨◀ Outgoing

Gorge Lions                              2/5/20  ⓘ
☎ Incoming

    

Status      Calls      Camera      Chats      Settings

1:42 ⏳

📶 LTE 🔋

Edit                    All          Missed                     📞⁺



Abo Foze
📞 Missed                              Yesterday  ⓘ

Gorge Lions
📞 Incoming                            Yesterday  ⓘ

Leticia
📹 Outgoing                            Monday  ⓘ

Gorge Lions  (3)
📹 Incoming                            Monday  ⓘ

Gorge Lions
📞 Incoming                            Monday  ⓘ

Shadi
📞 Outgoing                            Monday  ⓘ

Gorge Lions
📞 Incoming                            Monday  ⓘ

Iyad
📹 Incoming                            Sunday  ⓘ

+1 (832) 681-1830  (2)
📞 Outgoing                            Saturday  ⓘ

Leticia
📹 Missed                              Saturday  ⓘ

Leticia
📞 Outgoing                            Friday  ⓘ

Status      Calls      Camera      Chats ①      Settings

**1:41 ⌖**                                    ▪▪▫ LTE 🔋

All        Missed              Edit

**Leticia**
 📞 phone                          Monday ⓘ

**يحيى**
phone                             Monday ⓘ

**Eslaam**
phone                             Monday ⓘ

**+1 (713) 977-2570 (2)**
Houston, TX                       Monday ⓘ

**Madam Veki**
phone                             Monday ⓘ

**Eslaam**
phone                             Monday ⓘ

**Lawyer Office**
phone                             Monday ⓘ

**Leticia (3)**
phone                             Monday ⓘ

**Iyad**
phone                             Monday ⓘ

**Wife Office**
phone                             Monday ⓘ

**Leticia**

⭐             🌑             👤          ⦿⦿⦿          ◖◖
                                       ⦿⦿⦿
                                       ⦿⦿⦿
**Favorites**     **Recents**     **Contacts**     **Keypad**     **Voicemail**

1:41 ⏀                                    ••◦ LTE ▭

                    All        Missed              Edit

يحيى
phone                              Monday  ⓘ

**Emad**
mobile                             Monday  ⓘ

**Eslaam**
phone                              Monday  ⓘ

**Gorge Lions**
phone                              Monday  ⓘ

**Leticia (3)**
phone                              Monday  ⓘ

ابو ادم
phone                              Monday  ⓘ

**Lawyer Office**
phone                              Monday  ⓘ

**Iyad**
phone                              Monday  ⓘ

**Leticia (2)**
FaceTime Video                     Monday  ⓘ

يحيى
phone                              Monday  ⓘ

**Eslaam**
phone                              Monday  ⓘ

Favorites    Recents    Contacts    Keypad    Voicemail

**1:41** ⏀    ••‖ LTE ▯

|  | All | Missed |  | Edit |

يحيى
phone
Monday (i)

**Emad**
mobile
Monday (i)

**Eslaam**
phone
Monday (i)

**Gorge Lions**
phone
Monday (i)

**Leticia (3)**
phone
Monday (i)

ابو ادم
phone
Monday (i)

**Lawyer Office**
phone
Monday (i)

**Iyad**
phone
Monday (i)

**Leticia (2)**
FaceTime Video
Monday (i)

يحيى
phone
Monday (i)

**Eslaam**
phone
Monday (i)

 Favorites     Recents     Contacts     Keypad     Voicemail

1:41 ⏀

.ıٌ LTE 🔋

| All | Missed | Edit |

**يحيى**
phone
Monday ⓘ

**Emad**
mobile
Monday ⓘ

**Eslaam**
phone
Monday ⓘ

**Gorge Lions**
phone
Monday ⓘ

**Leticia (3)**
phone
Monday ⓘ

**ابو ادم**
phone
Monday ⓘ

**Lawyer Office**
phone
Monday ⓘ

**Iyad**
phone
Monday ⓘ

**Leticia (2)**
FaceTime Video
Monday ⓘ

**يحيى**
phone
Monday ⓘ

**Eslaam**
phone
Monday ⓘ


Favorites


Recents


Contacts


Keypad


Voicemail

**1:41** ✓                                                     ·ı₌ꞌ LTE ▭ꞌ

|          | All | Missed | Edit |
|----------|-----|--------|------|

يحيى
phone

Monday ⓘ

**Emad**
mobile

Monday ⓘ

**Eslaam**
phone

Monday ⓘ

**Gorge Lions**
phone

Monday ⓘ

**Leticia (3)**
phone

Monday ⓘ

ابو ادم
phone

Monday ⓘ

**Lawyer Office**
phone

Monday ⓘ

**Iyad**
phone

Monday ⓘ

**Leticia (2)**
FaceTime Video

Monday ⓘ

يحيى
phone

Monday ⓘ

**Eslaam**
phone

Monday ⓘ

    

Favorites    Recents    Contacts    Keypad    Voicemail

**1:41** ⌰ ‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌ ▪️📶 LTE 🔋

| | | |
|---|---|---|
| All | Missed | Edit |

**Leticia**
phone ‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌ Yesterday ⓘ

**Leticia**
FaceTime Video ‌‌‌‌‌‌‌‌ Tuesday ⓘ

**Leticia**
FaceTime Video ‌‌‌‌‌‌‌‌ Tuesday ⓘ

**Carlos (2)**
phone ‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌ Tuesday ⓘ

**Leticia**
phone ‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌ Tuesday ⓘ

**يحيى**
phone ‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌ Tuesday ⓘ

**+972 59-9273411**
FaceTime Video ‌‌‌‌‌‌‌‌ Tuesday ⓘ

**Leticia (2)**
phone ‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌ Tuesday ⓘ

**Eslaam**
phone ‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌ Tuesday ⓘ

**Leticia**
phone ‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌ Tuesday ⓘ

**+1 (832) 681-1830**
‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌ Tuesday ⓘ


    

Favorites ‌‌ Recents ‌‌ Contacts ‌‌ Keypad ‌‌ Voicemail

**1:41** ⌁                                        ⏸ LTE 🔋

All          Missed                    Edit

**Leticia**
phone                            Tuesday ⓘ

**Eslaam (2)**
phone                            Monday ⓘ

**Leticia**
phone                            Monday ⓘ

**Leticia**
FaceTime Video                   Monday ⓘ

**Luis  Valet**
phone                            Monday ⓘ

**Emad**
FaceTime Video                   Monday ⓘ

**Emad**
mobile                           Monday ⓘ

**Leticia**
FaceTime Video                   Monday ⓘ

**Leticia**
phone                            Monday ⓘ

**Leticia**
phone                            Monday ⓘ

**Luis  Valet**
                                 Monday ⓘ

⭐              🕐              ⊚              ⠿              ◯◯
Favorites    Recents    Contacts    Keypad    Voicemail

**1:41** 🧭                                              LTE 🔋

| | All | Missed | Edit |

**Leticia**
phone                                        1:39 PM  ⓘ

**Gorge Lions**
WhatsApp Audio                               12:35 PM  ⓘ

**Leticia**
FaceTime Video                              12:09 PM  ⓘ

**Abo Foze**
WhatsApp Audio                              11:48 AM  ⓘ

**Leticia**
phone                                        11:04 AM  ⓘ

**Leticia (2)**
FaceTime Video                              11:04 AM  ⓘ

**Eslaam**
phone                                        Yesterday  ⓘ

**Khaled**
mobile                                       Yesterday  ⓘ

**ابراهيم**
mobile                                       Yesterday  ⓘ

**Leticia**
FaceTime Video                              Yesterday  ⓘ

**Khaled**
                                             Yesterday  ⓘ

| ★ | 🕐 | 👤 | ⠿ | ◌◌ |
| Favorites | Recents | Contacts | Keypad | Voicemail |

1:44

**‹ 1**  **Leticia**
last seen today at 12:10 PM

LTE

Im serious baby

Im hungry baby 7:20 PM ✓✓

Im seeios too 7:20 PM ✓✓

Come home and eat

Ok 7:27 PM ✓✓

Omg my sweets are
So
Delicious

Im cold

And miss my husband

Yesterday

The peanut sooo good 😊

Looool

Enjoy

Today

My sweet husband

+

1:44 ⌀

.ı LTE ⬛

  **Leticia**
last seen today at 12:10 PM

My sweet husband

I miss you



10:08 AM ✓✓

My baby 🙂

Can you take out meat for me
please baby



\+

# EXHIBIT I

**Premier NW Houston Medical Group, P.A**

7025 Fry Rd Suite 500, Cypress, Texas 77433 • Office 281.758.1022 • Fax 281.758.1032

www.premiernwhoustonmedicalgroup.com

Dr. Janette Nguyen    Dr. Hoan Ngo    Brianne Addicks-ANP-BC    Holly Huynh, PA-C

March 3, 2026

RE: Martha Solis Dwikat (DOB: 2/7/1982)

To Whom It May Concern,

Ms. Martha Solis Dwikat (DOB: 2/7/1982) was initially seen at our office on 7/15/2021 for a well Adult. Our records show she was on escitalopram/Lexapro at that time and was originally prescribed prior to her establishing care with us. I saw her on 8/20/2021 after she went to the emergency room for headache and elevated blood pressure. I started her on Metoprolol at that time for HTN and possible migraines.

If you have any questions, please feel free to contact our office.

Sincerely,

Brianne Addicks, ANP-BC
Adult Nurse Practitioner

**PATIENT NAME:** Martha Solis-Dwikat
**DATE OF REPORT:** 05-02-2025 01:30 pm
**DATE OF BIRTH:** 02-07-1982
**Chief Complaint:**Need refills
**Height:** 65 **Weight:** 220
**Allergies:**
**Pregnancy History:**
**Medications:**
**Hospitalizations:**
**Personal Illness:** depression,high blood pressure,thyroid disease
**Family Illness:** cancer tumor,diabetes,depression,high blood pressure
**Social History:**Alcohol: 0Caffeine per day: 0Exercise: no
**ICD Code:** F41.1 **Diagnosis:** Generalized anxiety disorder
**Assessment and Plan:**
S: Pt. states she is needing a refill of her routine medication as below. She is about to run out and cannot get in to see her PCP right now. She has been stable on her current medication regimen for a long time and feels medications at current dosages are working well w/o significant side effects.  PMHx: anxiety, depression, HTN, Vitamin D deficiencyMedications: Bupropion XL 300mg 1 q day, Metoprolol ER 50mg 1 q day, Vitamin D2 ergo 1.25mg (50,000u) 1 q week, Escitalopram 20mg 1 q dayAllergies: NKDAO: Alert, oriented, pleasant and in NAD. No muffling of voice, wheezing, stridor or tachypnea. A: F41.1 Generalized anxiety disorderDepressionHTNVitamin D deficiencyZ76.0 Encounter for issue of repeat prescriptionP: Bupropion XL 300mg 1 po q day #90 no RF Metoprolol ER 50mg 1 po q day #90 no RFVitamin D2 ergo 1.25mg (50,000u) 1 po q week #12 no RF Escitalopram 20mg 1 po q day #90 no RF ePrescribe:EXPRESS SCRIPTS HOME DELIVERY4600 North Hanley RoadSt. Louis, MO 63134(888) 327-9791F/u w/ PCP for routine rechecks as recommended.RTW note not needed.Jennifer Lunceford, PA-C

---

Jennifer Lunceford

**RediMD, LLC and Associates**
9337 B Katy Freeway Ste 131 Houston, TX 77024. Phone: 866-989-2873  Fax: 281-617-4241
RediMD.com

**PATIENT NAME:** Mr  Martha Solis-Dwikat
**DATE OF REPORT:** 11-15-2021 07:10 pm
**DATE OF BIRTH:** 02-07-1982
**Chief Complaint:**Had an appointment Tuesday. You all the meds and still don't feel good.
**Height:** 65 **Weight:** 250
**Allergies:**
**Pregnancy History:** no
**Medications:** Lexapro 10mgMetropolol 25mg
**Hospitalizations:**
**Personal Illness:** anemia,depression,high blood pressure,thyroid disease
**Family Illness:** cancer tumor,diabetes
**Social History:**Alcohol: 0Caffeine per day: 1Exercise: no
**ICD Code:** J029 **Diagnosis:** Acute pharyngitis, unspecified
**Assessment and Plan:**
Allergies: nkdaMedications: Flonase, advil, Lexapro, metropolol Complaint: Had an appointment Tuesday. You all the meds and still don't feel good.HPI:Pt recently seen by another RediMD Provider.pt fully vax for covidc/o: coughing fits with allergy symptomsno f/n/v/d, +HA, no sinus p/p, +nasal congestion, +cough, +sob with wheezing- only with coughing fits+st, +pndRx: (7:20pm)zpakproAir HFAbfdmY. Williams, PA-C

_____

Yolanda Williams

**RediMD, LLC and Associates**
9337 B Katy Freeway Ste 131 Houston, TX 77024. Phone: 866-989-2873  Fax: 281-617-4241
RediMD.com

**PATIENT NAME:**   Martha Solis-Dwikat
**DATE OF REPORT:** 03-18-2025 10:10 am
**DATE OF BIRTH:**  02-07-1982
**Chief Complaint:**Need Express Script refill on meds:Escitalopram 20mgBupropion HCL XL 300mgVit D-2 Cap 1.25mg
**Height: 65 Weight:** 220
**Allergies:**
**Pregnancy History:**
**Medications:**
**Hospitalizations:**
**Personal Illness:** depression,high blood pressure,thyroid disease
**Family Illness:** cancer tumor,diabetes,depression,high blood pressure
**Social History:**Alcohol: 0Caffeine per day: 0Exercise: no
**ICD Code:**  F41.1 **Diagnosis:**  Generalized anxiety disorder
**Assessment and Plan:**
S: Pt. states she is needing a refill of her routine medication as below. She is about to run out and cannot get in to see her PCP right now. She has been stable on her current medication regimen for a long time and feels medications at current dosages are working well w/o significant side effects.  PMHx: anxiety, depression, HTN, Vitamin D deficiencyMedications: Bupropion XL 300mg 1 po q day, metropolol ER 50mg 1 po q day, vitamln D2 ergo 1.25mg 1 po q day, escitalopram 20mg 1 po q dayescitalopram 20mg 1 po q day #90 no RF Allergies: NKDAO: Alert, oriented, pleasant, w/ normal mood & affect and appears in NAD. No pallor, cyanosis, flushing or diaphoresis. Mucous membranes are moist. No muffling of voice, wheezing, stridor or tachypnea. A: F41.1 Generalized anxiety disorderDepressionHTNVitamin D deficiencyZ76.0 Encounter for issue of repeat prescriptionP: Bupropion XL 300mg 1 po q day #90 no RF metropolol ER 50mg 1 po q day #90 no RF vitamln D2 ergo 1.25mg 1 po q day #90 no RF escitalopram 20mg 1 po q day #90 no RF ePrescribe:EXPRESS SCRIPTS HOME DELIVERY4600 North Hanley RoadSt. Louis, MO 63134(888) 327-9791F/u w/ PCP for routine rechecks as recommended.RTW note not needed.Jennifer Lunceford, PA-C

_____

Jennifer Lunceford

**RediMD, LLC and Associates**
9337 B Katy Freeway Ste 131 Houston, TX 77024. Phone: 866-989-2873  Fax: 281-617-4241
RediMD.com

# EXHIBIT J

 Gmail

Isela Sepulveda <isela@lambimmigration.com>

## Your recent inquiry (receipt #IOE-09-085-64290)

1 message

**'USCIS' via Info Email** <info@lambimmigration.com>                    Wed, Oct 12, 2022 at 12:29 PM
Reply-To: USCIS <USCIS-CaseStatus@dhs.gov>
To: info@lambimmigration.com

U.S. Department of Homeland Security
2200 Potomac Center Dr
Stop 2425
Arlington,VA 20598-2425

U.S. Citizenship and Immigration Services
Wednesday, October 12, 2022

Emailed to info@lambimmigration.com

Dear Martha Solis Dwikat:

On 06/17/2022, you or the designated representative shown below, contacted us about your case. Some of the key
information given to us at that time was the following:

Person who contacted us:
-- Lamb, Jonathan

Caller indicated they are:
-- Attorney or Authorized Representative

Attorney Name:
-- LAMB, JONATHAN

Case type:
-- I130

Filing date:
-- 02/27/2020

Receipt #:
-- IOE-09-085-64290

Referral ID:
T1S1682202842YSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- Information not available

Type of service requested:
-- Outside Normal Processing Times

The status of this service request is:

Recently, you or your representative contacted USCIS concerning your Form I-130, Petition for Alien Relative, to notify us
that you believe your case is outside of our normal processing time. Below is a summary of what we found and how the
issue has been or may be resolved.

Your petition is still pending consideration. USCIS records show your case is in line to be reviewed by an officer. We ask

Case 4:26-cv-02420    Document 1    Filed 03/26/26 in TXSD    Page 172 of 181

that you allow additional time for this process to take place since we process these cases in the order received.

What You Can Do
Please see the Online Services below to check the status of your.

We hope this information is helpful to you.
-----------------------------------
Online Services
We offer many online services and tools to help you find the information you need. Please visit our Web site at www.uscis.gov for information about:
* Using our Case Status Online tool;
* Signing up for case status updates;
* Checking processing times;
* Submitting an e-Request to inquire about certain applications and petitions;
* Using our Office Locator;
* Using InfoPass to schedule an appointment; and
* Downloading forms.

Address Changes
If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11, and click on: Change Your Address Online.

For More Information
If you do not find the information you need through our online services and need further assistance, you may contact our USCIS Contact Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).

# EXHIBIT K

 Gmail

Isela Sepulveda <isela@lambimmigration.com>

## Your recent inquiry (receipt #IOE-09-085-64290)

1 message

**USCIS** <USCIS-CaseStatus@dhs.gov>                                          Thu, May 25, 2023 at 2:10 PM
To: isela@lambimmigration.com

U.S. Department of Homeland Security
2200 Potomac Center Dr
Stop 2425
Arlington,VA 20598-2425

U.S. Citizenship and Immigration Services
Thursday, May 25, 2023

Emailed to isela@lambimmigration.com

Dear Martha Solis-dwikat:

On 02/15/2023, you or the designated representative shown below, contacted us about your case. Some of the key
information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I130

Filing date:
-- 02/27/2020

Receipt #:
-- IOE-09-085-64290

Referral ID:
SR10462302253YSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- Information not available

Type of service requested:
-- Outside Normal Processing Times

The status of this service request is:

Recently, you or your representative contacted USCIS concerning your Form I-130, Petition for Alien Relative, to notify us
that you believe your case is outside of our normal processing time. Below is a summary of what we found and how the
issue has been or may be resolved.

Our service records show that your application was transferred to your local field office and is currently pending review.

What You Can Do
Please see the Online Services below to check the status of your case.

Case 4:26-cv-02420    Document 1    Filed 03/26/26 in TXSD    Page 175 of 181

We hope this information is helpful to you.

-----------------------------------

Online Services
We offer many online services and tools to help you find the information you need. Please visit our Web site at www.uscis.gov for information about:
* Using our Case Status Online tool;
* Signing up for case status updates;
* Checking processing times;
* Submitting an e-Request to inquire about certain applications and petitions;
* Using our Office Locator;
* Using InfoPass to schedule an appointment; and
* Downloading forms.

Address Changes
If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11, and click on: Change Your Address Online.

For More Information
If you do not find the information you need through our online services and need further assistance, you may contact our USCIS Contact Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).

# EXHIBIT L

 Gmail

Isela Sepulveda <isela@lambimmigration.com>

## Your recent inquiry (receipt #IOE-09-085-64290)
2 messages

**USCIS** <USCIS-CaseStatus@dhs.gov>                                    Thu, Sep 21, 2023 at 9:19 AM
To: isela@lambimmigration.com

U.S. Department of Homeland Security
USCIS
810 Gears Road Suite 100
Houston, TX 77067

U.S. Citizenship and Immigration Services
Thursday, September 21, 2023

Emailed to isela@lambimmigration.com

Dear Martha Solis-dwikat:

On 09/18/2023, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I130

Filing date:
-- 02/27/2020

Receipt #:
-- IOE-09-085-64290

Referral ID:
WKD2612308216YSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- Information not available

Type of service requested:
-- Outside Normal Processing Times


The status of this service request is:

Thank you for contacting USCIS concerning the above-referenced application. Below is a summary of what we have found.

Due to workload factors not related to your application, USCIS anticipates a delay in completing your case. USCIS is committed to adjudicating immigration benefits in the order received and in a timely and efficient manner. We assure you that we are working to complete adjudication of your application as quickly as available resources allow. If you have not received notice of further action within 90 days of this response, please feel free to submit a new request to the USCIS Contact Center for additional assistance.

If your receipt number begins with IOE, please consider activating your USCIS online account at myaccount.uscis.gov. You can use your account to get your current case status and to access every notice we send you. You can also send messages and receive answers through a secure inbox.

Address Changes:  If you move, please provide us with an updated address. For more information about address changes, please visit our website at uscis.gov/addresschange, and click on "How to Change Your Address." To ensure that all mail is delivered as addressed, please also ensure that you are registered with the U.S. Postal Service (USPS) to receive mail at the address of record you have provided to USCIS.

For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma.  If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter. The USCIS website also provides detailed information about policies and procedures, and you can download and e-file forms from the website.

---

**Isela Sepulveda** <isela@lambimmigration.com>
To: "M.Leticia Solis" <marthaleticiasolis0008@gmail.com>

Thu, Sep 21, 2023 at 11:00 AM

Good morning,

Today we received the email response from USCIS regarding your husband's pending application with USCIS.
[Quoted text hidden]

--

## Respectfully,

**Isela Sepulveda,  Sr. Legal Assistant**
**Lamb & Turner, PLLC**
**3355 W. Alabama St., Suite 1140**
**Houston, Texas 77098**
**Main: 713-529-5025**
**Fax: 832-602-2640**
**isela@lambimmigration.com**
**www.lambimmigration.com**

E-MAIL CONFIDENTIALITY NOTICE – This transmission was sent by an attorney or an agent of the attorney and generated for the exclusive use of the party to whom it is addressed. The information may be protected by attorney-client privilege, work product immunity, or other legal rules. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use of this communication is strictly prohibited.  The sender reserves the right to seek any and all legal remedies available for any misuse or improper access to or other deliberate interference with this transmission.  If you have received this message in error, kindly notify the sender only and immediately delete this message.

# EXHIBIT M

 Gmail

Isela Sepulveda <isela@lambimmigration.com>

## Your recent inquiry (receipt #IOE-09-085-64290)

1 message

**USCIS** <USCIS-CaseStatus@dhs.gov>                                   Wed, Dec 6, 2023 at 11:51 AM
To: isela@lambimmigration.com

U.S. Department of Homeland Security
USCIS
810 Gears Road Suite 100
Houston, TX 77067

U.S. Citizenship and Immigration Services
Wednesday, December 6, 2023

Emailed to isela@lambimmigration.com

Dear Martha SOLIS-DWIKAT:

On 12/04/2023, you or the designated representative shown below, contacted us about your case. Some of the key
information given to us at that time was the following:

Person who contacted us:
-- Lamb, Jonathan

Caller indicated they are:
-- Attorney or Authorized Representative

Attorney Name:
-- LAMB, JONATHAN

Case type:
-- I130

Filing date:
-- 02/27/2020

Receipt #:
-- IOE-09-085-64290

Referral ID:
SR13382304593HOU
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- Information not available

Type of service requested:
-- Outside Normal Processing Times

The status of this service request is:

Thank you for contacting USCIS with your concerns. We have investigated this case and checked all our systems and a
decision has not been made at this time and is still under review or still in process.
Your concerns are important to us so, please be patient with our review. When a decision, interview date, Re-interview
date, ceremony date or any change of importance is made we will contact you through mailed correspondence. Thank
you
USCIS is committed to adjudicating immigration applications in a timely manner, efficiently and in the order received. We

Case 4:26-cv-02420    Document 1    Filed 03/26/26 in TXSD    Page 181 of 181

hope this information is helpful.  If we may be of further assistance, please let us know.
Online Services
The USCIS website offers many online services and tools to assist you.  Please visit the USCIS Website at
www.uscis.gov for information about the below topics:
* Case Status Online tool
* Instructions to sign up for case status updates
* Processing times
* Submitting an e-Request to inquire about application/petition status
* USCIS Office Locator
* Instructions for using the 1-800 number to schedule an appointment or gain information on your case.
* Downloadable Forms and instructions, where to file and payment information.
Address Changes
If you move, please provide us with an updated mailing address.  For more information about address changes, please
visit our Web site at http://www.uscis.gov/ar-11, and click on "Change Your Address Online."
For Additional Information
If you do not find the information you need through the online services and need further assistance, please contact the
National Customer Service Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the Hearing Impaired).